IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD.<br><br>Defendants. | CIVIL ACTION NO. |

### RULE 7.1 STATEMENT

King Pharmaceuticals Research and Development, Inc., the named plaintiff, is a subsidiary of King Pharmaceuticals, Inc. No publicly traded entity owns more than 10% of the shares of King Pharmaceuticals, Inc.

Date: May 26, 2005

*/s/ Patricia S. Rogowski*
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
Attorneys for Plaintiff.,
King Pharmaceuticals Research
and Development, Inc.

Of Counsel:
F. Dominic Cerrito
Daniel L. Malone
Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, New York 10017
(212) 326-3413 Phone
(212) 755-7306 Facsimile
Attorneys for Plaintiff,
King Pharmaceuticals Research
and Development, Inc.