## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KING PHARMACEUTICALS RESEARCH  )
AND DEVELOPMENT, INC., ASTELLAS US  )
LLC, and ASTELLAS PHARMA US, INC.  )
      )    Civil Action No.  05-337 SLR
      Plaintiffs,  )
      )
      v.  )
      )
SICOR INC., SICOR PHARMACEUTICALS,  )
INC., TEVA PHARMACEUTICALS USA,  )
INC., and TEVA PHARMACEUTICAL  )
INDUSTRIES, LTD.  )
      )
      Defendants.  )
      )
      )

## STIPULATION OF DISMISSAL OF COMPLAINT AS TO DEFENDANTS, TEVA PHARMACEUTICALS, USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES, LTD. AND AMENDMENT OF CAPTION

Plaintiffs King Pharmaceuticals Research and Development, Inc., Astellas US LLC, and

Astellas Pharma US, Inc. (collectively "Plaintiffs") and defendants Sicor, Inc., Sicor

Pharmaceuticals, Inc., (collectively "Sicor"), Teva Pharmaceuticals USA, Inc., ("Teva USA") and

Teva Pharmaceutical Industries, Ltd., ("Teva Israel") hereby stipulate, subject to the approval of

the Court, to dismiss the Complaint as filed by Plaintiffs against Teva USA and Teva Israel in this

action.  The action will continue against Sicor.  It is further stipulated that this dismissal is without

prejudice and is subject to the following conditions:

    1.    Teva USA and Teva Israel stipulate to be bound by any Judgment, Order, or

decision in the above-captioned action that one or more claims of U.S. Patent No. 5,070,877 are

not invalid and/or not unenforceable, and/or are infringed by Adenosine Injection, USP pursuant

to ANDA 77-425, including any Order granting preliminary or permanent injunctive relief against Sicor.

2.      Teva USA and Sicor stipulate that Teva USA's documents, witnesses and information are in Sicor's custody or control for purposes of discovery or requests for admission in this lawsuit, subject to paragraph 5.

3.      Teva Israel and Sicor stipulate that Teva Israel's documents, witnesses and information are in Sicor's custody or control for purposes of discovery or requests for admission in this lawsuit, subject to paragraph 5.

4.      Pursuant to paragraphs 2 and 3 above, the term "Sicor" as used in discovery requests or requests for admission will include "Teva USA" and "Teva Israel" and Sicor will respond to discovery requests for information in the possession, custody or control of Teva USA or Teva Israel, including requests for Rule 30(b)(6) deposition testimony, and will certify interrogatory responses containing Teva USA or Teva Israel information.

5.      If the parties agree that a Teva USA or Teva Israel employee is a necessary fact witness, the witness will be made available for deposition upon notice to Sicor. If the parties disagree as to whether the Teva USA or Teva Israel employee is a necessary fact witness, then the parties shall present the matter to the Court for resolution. In the event that the Court orders that the deposition of the Teva USA or Teva Israel employee shall be taken, then the Teva USA or Teva Israel employee will be made available for deposition pursuant to the Court's Order and, in the case of a Teva Israel employee, without requiring that Plaintiffs adhere to the procedures of The Hague Convention.

6.     The case caption should be amended to read as follows: "King Pharmaceuticals Research and Development, Inc., Astellas US LLC, and Astellas Pharma US, Inc. v. Sicor, Inc. and Sicor Pharmaceuticals, Inc., Civil Action No. 05-337 SLR".

**SO STIPULATED:**

/s/ Mary Matterer
Richard K. Herrmann (No. 405)
Mary B. Matterer (No. 2696)
MORRIS, JAMES,
HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
T: (302) 888-6800

Of Counsel
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
T: (571) 203-2700

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
T: (202) 408-4000

Attorneys for:

**ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.**

/s/ John W. Shaw
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West St.
Wilmington, DE 19801
T: (302) 571-6672
F: (302) 576-3301

Of Counsel:
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022
T: (212) 813-8800
F: (212) 355-3333

Attorneys for:

**SICOR INC.,
SICOR PHARMACEUTICALS INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.**

/s/ Paul E. Crawford
Paul E. Crawford (No. 493)
Patricia Smink Rogowski (No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP

          

1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
T: (302) 658-9141

Of Counsel:
F. Dominic Cerrito
Daniel L. Malone
Gasper J. LaRosa
JONES DAY
222 East 41 Street
New York, NY 10017

T: (212) 326-3413

Attorneys for:

**KING PHARMACEUTICALS RESEARCH
AND DEVELOPMENT, INC.**

SO ORDERED  this __ day of August, 2005.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on August 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899-2306
>
> Patricia Rogowski, Esquire
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899-2207

I further certify that on August 8, 2005, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS

> Charles E. Lipsey, Esquire
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-5675
>
> Susan H. Griffen, Esquire
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017

                              _____
                              John W. Shaw (No. 3362)
                              Josy W. Ingersoll (No. 1088)
                              D. Fon Muttamara-Walker (No. 4646)
                              YOUNG CONAWAY STARGATT & TAYLOR LLP
                              1000 West Street, 17th Floor
                              Wilmington, DE  19801
                              (302) 571-6600
                              fmuttamara-walker@ycst.com

                              *Attorneys for Defendants*

DB01:1797285.1                                          058956.1017