IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-337 SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of David P. Frazier, Esquire, Susan H. Griffen, Esquire, Antigone G. Kriss, Esquire, Charles E. Lipsey, Esquire, John L. Marquardt, Jr., Esquire and Michele L. Mayberry, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: August 12, 2005         _____/s/ Richard K. Herrmann_____
                               Richard K. Herrmann (#405)
                               MORRIS JAMES HITCHENS & WILLIAMS LLP
                               222 Delaware Avenue, 10th Floor
                               Wilmington, Delaware 19801
                               302.888.6800
                               rherrmann@morrisjames.com
                               Attorneys for Plaintiffs Astellas US LLC
                               and Astellas Pharma US, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the States of Pennsylvania and Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 5, 2005                Signed: _____
                                  David P. Frazier, Esq.
                                  Finnegan, Henderson, Farabow, Garrett
                                    & Dunner, LLP
                                  901 New York Ave, NW
                                  Washington, DC 20001-4413
                                  (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 5, 2005          Signed: _____
                                    Susan H. Griffen, Esq.
                                    Finnegan, Henderson, Farabow, Garrett
                                      & Dunner, LLP
                                    901 New York Ave, NW
                                    Washington, DC 20001-4413
                                    (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 5, 2005         Signed: _____
                                   Antigone G. Kriss, Esq.
                                   Finnegan, Henderson, Farabow, Garrett
                                    & Dunner, LLP
                                   901 New York Avenue, N.W.
                                   Washington, DC 20001-4413
                                   (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 2, 2005

Signed: *Charles E. Lipsey*
Charles E. Lipsey, Esq.
Finnegan, Henderson, Farabow, Garrett
 & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  June 30, 2005              Signed: _____
                                  John L. Marquardt, Jr., Esq.
                                  Finnegan, Henderson, Farabow, Garrett
                                    & Dunner, LLP
                                  901 New York Avenue, N.W.
                                  Washington, DC  20001-4413
                                  (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: June 30, 2005

Signed: _____
Michele L. Mayberry, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19801

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 12th day of August, 2005, the foregoing document was served via email on the following non-registered participants:

F. Dominic Cerrito
Daniel L. Malone
Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY  10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
gjlarosa@jonesday.com

David M. Hashmall, P.C.
Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY  10022
dhashmall@goodwinproctor.com
ahassett@goodwinproctor.com

_____*/s/ Richard K. Herrmann*_____
Richard K. Herrmann (#405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma US, Inc.