## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH )<br>AND DEVELOPMENT, INC., )<br>ASTELLAS US LLC and )<br>ASTELLAS PHARMA US, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SICOR INC. and )<br>SICOR PHARMACEUTICALS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-337 SLR |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which plaintiffs shall respond to Defendants Sicor Pharmaceuticals, Inc.'s and Sicor Inc.'s Motion to Dismiss Count III of the Complaint is hereby extended to and including August 29, 2005.

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Josy W. Ingersoll* |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | John W. Shaw #3362 |
| MORRIS JAMES HITCHENS & WILLIAMS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 222 Delaware Avenue, 10th Floor | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 571-6672 |
| mmatterer@morrisjames.com | jingersoll@ycst.com |
| *Attorneys for Plaintiffs* | jshaw@ycst.com |
| *Astellas US LLC and* | *Attorneys for Defendants* |
| *Astellas Pharma US, Inc.* | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

   */s/ Paul E. Crawford*
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*

            **SO ORDERED** this _____ day of August, 2005.

                                            _____
                                            The Honorable Sue L. Robinson