## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-337 SLR |
| v. | ) ) ) | |
| SICOR INC., and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of David M. Hashmall, Annemarie Hassett, Anastasia M. Fernands, and Melanie R. Rupert of Goodwin Procter LLP to represent Sicor Inc. and Sicor Pharmaceuticals, Inc. in this matter.

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600

Dated: 8/24/05

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of David M. Hashmall, Annemarie Hassett, Anastasia M. Fernands, and Melanie R. Rupert is GRANTED.

Dated:_____       _____
                            The Honorable Sue L. Robinson
                            United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing, and in good standing as a member of the Bar of the State of New York, and

pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any

misconduct which occurs in the preparation or course of this action. I also certify that I am

generally familiar with this Court's Local Rules. In accordance with the Standing Order for

District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will

be paid to the Clerk of Court.

David M. Hashmall
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800

Dated: Aug 18 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing, and in good standing as a member of the Bar of the States of New York and

Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this

Court for any misconduct which occurs in the preparation or course of this action.  I also certify

that I am generally familiar with this Court's Local Rules.  In accordance with the Standing

Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

$25.00 will be paid to the Clerk of Court.

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800

Dated: 8/23/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Anastasia M. Fernands
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800

Dated: 8/23/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Melanie R. Rupert
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: 8/23/05

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 30, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899-2306
>
> Patricia Rogowski, Esquire
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899-2207

I further certify that on August 30, 2005, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS

> Charles E. Lipsey, Esquire
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-5675
>
> Susan H. Griffen, Esquire
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017

_____
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*