# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 23, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE  19801

> Re: *King Pharmaceuticals Research and Development, Inc. et al. v. Sicor, Inc.,*
>      **D. Del., C.A. No. 05-337-SLR**

Your Honor:

     Pursuant to the Court's August 25, 2005 Order for Scheduling Conference and in anticipation of Tuesday's teleconference, enclosed please find the parties' proposed Scheduling Order.

                                Respectfully,

                                */s/ Richard K. Herrmann*

                                Richard K. Herrmann, I.D. No. 405
                                rherrmann@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
    John Shaw, Esq. (via electronic filing)
    Paul Crawford, Esq. (via electronic filing)
    Annemarie Hassett, Esq. (via email)
    Gasper LaRosa, Esq. (via email)