# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 23, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE  19801

      Re: *King Pharmaceuticals Research and Development, Inc. et al. v. Sicor, Inc.,*
         D. Del., C.A. No. 05-337-SLR

Your Honor:

     Enclosed please find a corrected version of the parties' proposed Scheduling Order in anticipation of Tuesday's teleconference. Due to a clerical error, the form of order previously filed at DI#18 was not the final document we intended to file.

                             Respectfully,

                             */s/ Richard K. Herrmann*

                             Richard K. Herrmann, I.D. No. 405
                             rherrmann@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
    John Shaw, Esq. (via electronic filing)
    Paul Crawford, Esq. (via electronic filing)
    Annemarie Hassett, Esq. (via email)
    Gasper LaRosa, Esq. (via email)