**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.:  05-0337-SLR |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 23rd day of September, 2005, copies of the following document, **INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) OF ASTELLAS US LLC AND ASTELLAS PHARMA US, INC.,** were served on counsel as indicated:

**<u>VIA EMAIL AND HAND DELIVERY</u>**     **<u>VIA EMAIL AND FEDERAL EXPRESS</u>**

Paul E. Crawford                                      Gasper J. LaRosa
Patricia Smink Rogowski                           Jones Day
Connolly Bove Lodge & Hutz LLP              222 East 41 Street
1007 N. Orange Street                               New York, NY  10017
Wilmington, DE 19801                              gjlarosa@jonesday.com

Josy W. Ingersoll                                     Annemarie Hassett
John W. Shaw                                          Goodwin Proctor LLP
Young Conaway Stargatt & Taylor, LLP      599 Lexington Avenue
The Brandywine Building                           New York, NY  10022
1000 West Street, 17th Floor                      ahassett@goodwinproctor.com
Wilmington, DE  19801

Dated:  September 25, 2005

*/s/ Richard K. Herrmann*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford                          Josy W. Ingersoll
Patricia Smink Rogowski               John W. Shaw
Connolly Bove Lodge & Hutz LLP    Young Conaway Stargatt & Taylor, LLP
1007 N. Orange Street                   The Brandywine Building
Wilmington, DE 19801                   1000 West Street, 17th Floor
                                                    Wilmington, DE  19801

Additionally, I hereby certify that on the 25th day of September, 2005, the foregoing document was served via email on the following non-registered participants:

Gasper J. LaRosa                         Annemarie Hassett
Jones Day                                    Goodwin Proctor LLP
222 East 41 Street                        599 Lexington Avenue
New York, NY  10017                     New York, NY  10022
gjlarosa@jonesday.com                 ahassett@goodwinproctor.com

                    /s/ Richard K. Herrmann
                    Richard K. Herrmann (#405)
                    Mary B. Matterer (#2696)
                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                    222 Delaware Avenue, 10th Floor
                    Wilmington, Delaware 19801
                    (302) 888-6800
                    rherrmann@morrisjames.com
                    mmatterer@morrisjames.com

                    Attorneys for Plaintiffs
                    ASTELLAS US LLC and
                    ASTELLAS PHARMA US, INC.