IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and<br>SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-337-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc., hereby certify that copies of Sicor's Initial Disclosures were caused to be served on September 23, 2005 by facsimile and Federal Express to the counsel listed below. The undersigned, also hereby certifies that copies of Sicors E-Discovery Disclosures were caused to be served on September 26, 2005 by electronic mail to the counsel listed below:

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Fl.
> P.O. Box 2306
> Wilmington, DE 19899-2306
>
> Patricia Rogowski, Esquire
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899-2207
>
> Charles E. Lipsey, Esquire
> Finnegan Henderson Farabow Garrett & Dunner LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 27, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Patricia Rogowski, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**BY FEDERAL EXPRESS**

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

DB01:1861711.1                                                                                       058956.1017

        F. Dominic Cerrito, Esquire
        Jones Day
        222 East 41st Street
        New York, NY 10017

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ *signature*
                _____
                Josy W. Ingersoll (#1088)
                John W. Shaw (#3362)
                D. Fon Muttamara-Walker (#4646)
                The Brandywine Building
                1000 West Street, 17th Floor
                P.O. Box 391
                Wilmington, DE 19899-0391
                (302) 571-6672

                Attorneys for Sicor Inc. and
                Sicor Pharmaceuticals, Inc.

OF COUNSEL
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
 (212) 813-8800

Dated: September 27, 2005

DB01:1861711.1                                                        058956.1017