IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No.: 05-0337-SLR |

**ASTELLAS US LLC'S AND ASTELLAS PHARMA US, INC.'S
STATEMENT OF COMPLIANCE WITH E-DISCOVERY STANDARDS**

I hereby certify that Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. (collectively "Astellas") are in compliance with the document retention procedures set forth in Paragraph 7 of the Default Standard for Discovery of Electronic Documents in the District of Delaware.

Dated: October 4, 2005

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2005, I electronically filed the foregoing document, **ASTELLAS US LLC'S AND ASTELLAS PHARMA US, INC.'S STATEMENT OF COMPLIANCE WITH E-DISCOVERY STANDARDS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of October, 2005, the foregoing document was served via email on the following non-registered participants:

Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY 10017
gjlarosa@jonesday.com

Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
ahassett@goodwinproctor.com

_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.