IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR, INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No.: 05-0337-SLR |

**KING'S STATEMENT OF COMPLIANCE WITH THE COURT'S
ELECTRONIC DISCOVERY PROCEDURES**

In accordance with the District of Delaware's Default Standard for Discovery of Electronic Documents, King Pharmaceuticals Research and Development, Inc. hereby certifies that it is in compliance with the document retention procedures set forth in Paragraph 7 of the Default Standard for Discovery of Electronic Documents.

Dated: October 4, 2005

   /s/ Paul E. Crawford
Paul E. Crawford (I.D. # 493)
CONNOLLY BOVE LODGE & HUTZ LLP
1107 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
302.658.9141
pcrawford@cblh.com

Of Counsel:
F. Dominic Cerrito
Brian M. Poissant
Gasper J. LaRosa
JONES DAY
222 East 41st Street
New York, New York 10017
212.326.3939

*Attorneys for Plaintiff King Pharmaceuticals
Research and Development, Inc.*

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify on this 4th day of October, 2005, I electronically filed the foregoing **KING'S STATEMENT OF COMPLIANCE WITH THE COURT'S ELECTRONIC DISCOVERY PROCEDURES** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

D. Fon Muttamara-Walker, Esquire
Karen Elizabeth Keller, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of October, 2005, the foregoing document was served via First Class Mail on the following non-registered participants:

Annemarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

/s/ Paul E. Crawford
Paul E. Crawford (I.D. # 493)
CONNOLLY BOVE LODGE & HUTZ LLP
1107 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
302.658.9141
pcrawford@cblh.com