IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-337-SLR |
| SICOR INC., and SICOR PHARMACEUTICALS, INC. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc., hereby certify that copies of Sicor's Responses to Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-79) were caused to be served on October 31, 2005 in the following manner on the counsel listed below:

**BY FEDERAL EXPRESS AND FACSIMILE**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE  19899-2306

Patricia Rogowski, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 2, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Patricia Rogowski, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**BY ELECTRONIC MAIL**

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E Keller*
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Sicor Inc. and
Sicor Pharmaceuticals, Inc.

OF COUNSEL
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: November 2, 2005

3