IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KING PHARMACEUTICALS RESEARCH  :
AND DEVELOPMENT, INC., ASTELLAS :
US LLC and ASTELLAS PHARMA US,  :
INC.,

           Plaintiffs,

v.                                   Civil Action No. 05-337-SLR

SICOR, INC. and SICOR
PHARMACEUTICALS, INC.,

           Defendants.

### ORDER

At Wilmington this **4th** day of **November, 2005**.

IT IS ORDERED that the teleconference scheduled for **Monday, November 7, 2005 at 9:30 a.m.** with Magistrate Judge Thynge has been cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

           /s/ Mary Pat Thynge
           UNITED STATES MAGISTRATE JUDGE



FILED
NOV 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE