## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-337-SLR |
| SICOR, INC. and SICOR PHARMACEUTICALS, INC., | : <br> : <br> : <br> : |
| Defendants. | : |

## **ORDER**

At Wilmington this **7th** day of **November, 2005**.

IT IS ORDERED that the teleconference scheduled for Monday, November 7, 2005 at 9:30 a.m. with Magistrate Judge Thynge has been rescheduled for **Tuesday, November 15, 2005 at 9:30 a.m.  Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE