IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 05cv337 (SLR) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for King Pharmaceuticals Research and Development, Inc., hereby certifies that copies of King's Responses and Objections to Sicor's First Set of Requests to King for the Production of Documents and Things (Nos. 1-60), were caused to be served on November 8, 2005, by facsimile and Federal Express to the counsel listed below:

Annamarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017
Fax: (212) 355-3333

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801
Fax: (302) 571-1253

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
Fax: (202) 408-4400

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Fax: (302) 571-1750


Dated: November 9, 2005    /s/ Paul E. Crawford
                                                  Paul E. Crawford (#493)
                                                  Patricia Smink Rogowski (#2632)
                                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                                  P.O. Box 2207
                                                  1007 N. Orange Street
                                                  Wilmington, DE  19899
                                                  pcrawford@cblh.com
                                                  Attorney for Plaintiff King Pharmaceuticals
                                                  Research and Development, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on November 9, 2005, upon the following counsel of record in the manner indicated:

### By Electronic Filing & Hand Delivery

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

D. Fon Muttamara-Walker, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

### By First Class Mail

Annamarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

/s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorney for Plaintiff King Pharmaceuticals
Research and Development, Inc.