IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-337-SLR |
| SICOR INC., and SICOR PHARMACEUTICALS, INC. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Sicor Inc. and Sicor Pharmaceuticals, Inc., hereby certify that copies of (1) Defendants' Preliminary Invalidity Contentions Regarding U.S. Patent No. 5,070,877 and (2) Defendants' Preliminary Invalidity Contentions Regarding U.S. Patent No. 5,731,296 were caused to be served on February 3, 2006 by email and Federal Express to the counsel listed below.

        Richard K. Herrmann, Esquire
        Morris James Hitchens & Williams
        222 Delaware Avenue, 10th Fl.
        P.O. Box 2306
        Wilmington, DE 19899-2306

        Charles E. Lipsey, Esquire
        Finnegan Henderson Farabow Garrett & Dunner LLP
        Two Freedom Square
        11955 Freedom Drive
        Reston, VA 20190-5675

        Susan H. Griffen, Esquire
        Finnegan Henderson Farabow Garrett & Dunner LLP
        901 New York Avenue, N.W.
        Washington, DC 20001-4413

Paul M. Lukoff, Esq.
Pricket Jones & Elliot
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

John Scheibeler, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 7, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE  19899-2306

**BY FEDERAL EXPRESS**

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Paul M. Lukoff, Esq.
Pricket Jones & Elliot
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

John Scheibeler, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

DB01:1861711.1                                                              058956.1017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
D. Fon Muttamara-Walker (#4646)
Monté Squire (#4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Attorneys for Sicor Inc. and
Sicor Pharmaceuticals, Inc.

OF COUNSEL
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: February 7, 2006

3