IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Gerald F. Ivey, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: February 10, 2006

          */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma US, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February __8__, 2006          Signed: _____
                                    Gerald F. Ivey, Esq.
                                    Finnegan, Henderson, Farabow, Garrett
                                       & Dunner, LLP
                                    901 New York Avenue, NW
                                    Washington, D.C.  20001-4413
                                    (202) 408-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 N. Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 10th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Gasper J. LaRosa | David M. Hashmall, P.C. |
| Jones Day | Annemarie Hassett |
| 222 East 41 Street | Goodwin Proctor LLP |
| New York, NY 10017 | 599 Lexington Avenue |
| gjlarosa@jonesday.com | New York, NY 10022 |
| | dhashmall@goodwinproctor.com |
| | ahassett@goodwinproctor.com |

      */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma US, Inc.