IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

## NOTICE OF SERVICE OF SUBPOENA FOR
## DOCUMENTS AND DEPOSITION OF DR. DANIEL E. HILLEMAN

PLEASE TAKE NOTICE that, pursuant to Rule 45, Fed. R. Civ. P., a subpoena in the form attached hereto was served on Dr. Daniel E. Hilleman by Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") on February 2, 2006, calling for the production of documents on or before February 17, 2006, and for a deposition to be taken on March 2, 2006 and to continue on March 3, 2006. Mr. Gasper LaRosa, counsel for Dr. Hilleman, accepted service on his behalf.

The deposition shall be conducted before a notary public or other officer authorized to administer oaths. The deposition will be recorded stenographically and by video.

Dated: February 10, 2006

*[signature]*

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Defendant Sicor*

Of Counsel:

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

## **CERTIFICATE OF SERVICE**

I, Monté T. Squire, Esquire, hereby certify that on February 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris James Hitchens & Williams
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899-2306
>
>Patricia Rogowski, Esquire
>Connolly Bove Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207

I further certify that on February 10, 2006, I caused copies of the foregoing document to be served by hand delivery and electronic mail on the above listed counsel of record and on the following in the manner indicated:

### **BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

>Charles E. Lipsey, Esquire
>Finnegan Henderson Farabow Garrett & Dunner, LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190-5675
>
>Susan H. Griffen, Esquire
>Finnegan Henderson Farabow Garrett & Dunner, LLP
>901 New York Avenue, N.W.
>Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

_____
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Defendants*