## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KING PHARMACEUTICALS RESEARCH )
AND DEVELOPMENT, INC., ASTELLAS US )
LLC, and ASTELLAS PHARMA US, INC. )
)                    Civil Action No. 05-337 SLR
        Plaintiffs, )
)
        v. )
)
SICOR INC. and )
SICOR PHARMACEUTICALS, INC., )
)
        Defendants. )
)
_____)

## NOTICE OF SERVICE OF SUBPOENA FOR
## DOCUMENTS AND DEPOSITION OF DR. SYED MOHIUDDIN

     PLEASE TAKE NOTICE that, pursuant to Rule 45, Fed. R. Civ. P., a subpoena in the form attached hereto was served on Dr. Syed Mohiuddin by Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") on February 2, 2006, calling for the production of documents on or before February 17, 2006, and for a deposition to be taken on March 2, 2006 and to continue on March 3, 2006.  Mr. Gasper LaRosa, counsel for Dr. Mohiuddin, accepted service on his behalf.

     The deposition shall be conducted before a notary public or other officer authorized to administer oaths.  The deposition will be recorded stenographically and by video.

Dated:  February 10, 2006

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Defendant Sicor*

Of Counsel:

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on February 10, 2006,  I  caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899-2306

> Patricia Rogowski, Esquire
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899-2207

I further certify that on February 10, 2006, I caused copies of the foregoing document to be served by hand delivery and electronic mail on the above listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS AND ELECTRONIC MAIL

> Charles E. Lipsey, Esquire
> Finnegan Henderson Farabow Garrett & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-5675

> Susan H. Griffen, Esquire
> Finnegan Henderson Farabow Garrett & Dunner, LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Defendants*