IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 05-0337-SLR |

**NOTICE OF DEPOSITION OF JIIN FELGNER
PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC, Astellas Pharma US, Inc., and King Pharmaceuticals Research and Development, Inc. shall take the deposition of Jiin Felgner, current employee of Sicor Pharmaceuticals, Inc.

The deposition shall take place at 8:00 a.m. on February 22, 2006 at the offices of Goodwin Procter LLP, 599 Lexington Avenue, New York, NY 10022. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated: February 16, 2006

       */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

Paul E. Crawford #493
Patricia Smink Rogowski #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141

F. Dominic Cerrito
Brian Poissant
Gasper LaRosa
JONES DAY
222 E. 41st Street
New York, NY  10017
(212) 326-3939

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF JIIN FELGNER PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 N. Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 16th day of February, 2006, the foregoing document was served via email and Federal Express on the following non-registered participants:

| | |
|---|---|
| Gasper J. LaRosa | Annemarie Hassett |
| Jones Day | Melanie Rupert |
| 222 East 41 Street | Goodwin Proctor LLP |
| New York, NY 10017 | 599 Lexington Avenue |
| gjlarosa@jonesday.com | New York, NY 10022 |
| | ahassett@goodwinproctor.com |

                           */s/ Richard K. Herrmann*
                    Richard K. Herrmann (#405)
                    Mary B. Matterer (#2696)
                    Morris, James, Hitchens & Williams LLP
                    222 Delaware Avenue, 10th Floor
                    Wilmington, Delaware 19801
                    (302) 888-6800
                    rherrmann@morrisjames.com

                    *Attorneys for Plaintiffs*