# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0337-SLR |

## NOTICE OF DEPOSITION OF CRAIG LEA
## PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC, Astellas Pharma US, Inc., and King Pharmaceuticals Research and Development, Inc. shall take the deposition of Craig Lea, current employee of Sicor Pharmaceuticals, Inc.

The deposition shall take place at 9:00 AM on March 15, 2006 at the offices of Jones Day, 3 Park Plaza, Suite 1100, Irvine, California 92614-8505.. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated: March 9, 2006

/s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C. 20001-4413
(202) 408-4000

Paul E. Crawford #493
Patricia Smink Rogowski #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

F. Dominic Cerrito
Brian Poissant
Gasper LaRosa
JONES DAY
222 E. 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF CRAIG LEA PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 North Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 9th day of March, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| F. Dominic Cerrito | Annemarie Hassett |
| Brian Poissant | Melanie Rupert |
| Gasper LaRosa | Goodwin Proctor LLP |
| JONES DAY | 599 Lexington Avenue |
| 222 E. 41st Street | New York, NY 10022 |
| New York, NY 10017 | ahassett@goodwinproctor.com |
| gjlarosa@jonesday.com | |

                                               */s/ Mary B. Matterer*
                                         Richard K. Herrmann (#405)
                                         Mary B. Matterer (#2696)
                                         Morris, James, Hitchens & Williams LLP
                                         222 Delaware Avenue, 10th Floor
                                         Wilmington, Delaware 19801
                                         (302) 888-6800
                                         mmatterer@morrisjames.com

                                         ***Attorneys for Plaintiffs***