IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05-337-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2006, copies of Sicor's First Set of Interrogatories to King Pharmaceuticals Research and Development were caused to be served upon the following counsel of record as indicated below:

**BY HAND DELIVERY & E-MAIL**

Gasper J. LaRosa, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**BY HAND DELIVERY, FEDERAL EXPRESS & E-MAIL**

Paul Crawford, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 16, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Paul Crawford, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 N. Orange Street
 Wilmington, DE 19801

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

**BY FEDERAL EXPRESS**

Gasper J. LaRosa, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
D. Fon Muttamara-Walker (#4646)
 Monté Squire (#4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
*Attorneys for Defendants*

OF COUNSEL:
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
 (212) 813-8800

Dated: March 16, 2006

2