# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendants. | Civil Action No.: 05-0337-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of March, 2006, copies of the following document, **ASTELLAS' INTERROGATORIES (NOS. 1-12) TO SICOR INC. AND SICOR PHARMACEUTICALS, INC.,** were served on counsel as indicated:

**VIA EMAIL AND VIA HAND DELIVERY**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**VIA EMAIL AND VIA FEDEX**

Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY 10017

Dated: March 22, 2006

        */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 N. Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 22nd day of March, 2006, the foregoing document was served via email and federal express on the following non-registered participants:

| | |
|---|---|
| Gasper J. LaRosa | Annemarie Hassett |
| Jones Day | Goodwin Proctor LLP |
| 222 East 41 Street | 599 Lexington Avenue |
| New York, NY 10017 | New York, NY 10022 |
| gjlarosa@jonesday.com | ahassett@goodwinproctor.com |

　　　　　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　ASTELLAS US LLC and
　　　　　　　　　　　　　　　　　　ASTELLAS PHARMA US, INC.