IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05cv337 (SLR) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for King Pharmaceuticals Research and Development, Inc., hereby certifies that copies of King's Requests for Admission (Nos. 1-15) and Interrogatories (Nos. 1-15) to Sicor Inc., and Sicor Pharmaceuticals, Inc., were caused to be served on March 22, 2006, by facsimile and Federal Express on the counsel listed below:

>Annamarie Hassett, Esquire
>Goodwin Proctor LLP
>599 Lexington Avenue
>New York, NY 10017
>Fax: (212) 355-3333
>
>John W. Shaw, Esquire
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>100 West Street, 17th Floor
>Wilmington, DE 19801
>Fax: (302) 571-1253
>
>Susan H. Griffin, Esquire
>Finnegan Henderson Farabow Garrett & Dunner LLP
>901 New York Avenue, N.W.
>Washington, DC 20001-4413
>Fax: (202) 408-4400

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Fax: (302) 571-1750


Dated:  March 23, 2006                     /s/ Paul E. Crawford
                                                     Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
pcrawford@cblh.com
Attorney for Plaintiff King Pharmaceuticals
Research and Development, Inc.

454658-1

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on March 23, 2006, upon the following counsel of record in the manner indicated:

**By Electronic Filing & Hand Delivery**

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

D. Fon Muttamara-Walker, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

**By First Class Mail**

Annamarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

      /s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorney for Plaintiff King Pharmaceuticals Research and Development, Inc.

454658-1