IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No.: 05-0337-SLR ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 23rd day of March, 2006, copies of the following document, **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6),** were served on counsel as indicated:

| VIA EMAIL AND VIA HAND DELIVERY | VIA EMAIL AND FIRST CLASS MAIL |
|---|---|
| Josy W. Ingersoll <br> John W. Shaw <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 <br><br> Paul E. Crawford <br> Patricia Smink Rogowski <br> Connolly Bove Lodge & Hutz LLP <br> 1007 N. Orange Street <br> Wilmington, DE 19801 | Annemarie Hassett <br> Goodwin Proctor LLP <br> 599 Lexington Avenue <br> New York, NY  10022 <br><br> Gasper J. LaRosa <br> Jones Day <br> 222 East 41 Street <br> New York, NY  10017 |

| | |
|---|---|
| Dated: March 23, 2006 |     */s/ Mary B. Matterer* |
| | Richard K. Herrmann (#405) |
| | Mary B. Matterer (#2696) |
| | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | mmatterer@morrisjames.com |
| | |
| | Attorneys for Plaintiffs |
| | ASTELLAS US LLC and |
| | ASTELLAS PHARMA US, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 N. Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 23rd day of March, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Gasper J. LaRosa | Annemarie Hassett |
| Jones Day | Goodwin Proctor LLP |
| 222 East 41 Street | 599 Lexington Avenue |
| New York, NY 10017 | New York, NY 10022 |
| gjlarosa@jonesday.com | ahassett@goodwinproctor.com |

　　　　　　　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　ASTELLAS US LLC and
　　　　　　　　　　　　　　　ASTELLAS PHARMA US, INC.