**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br>　　　　　　　　　Plaintiffs, <br>　　　v. <br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>　　　　　　　　　Defendants. | Civil Action No.: 05-0337-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 27th day of March, 2006, copies of the following document, **PLAINTIFFS' JOINT STATEMENT REGARDING CLAIM TERMS REQUIRING CONSTRUCTION,** were served on counsel as indicated:

| **VIA EMAIL AND VIA HAND DELIVERY** | **VIA EMAIL AND FIRST CLASS MAIL** |
|---|---|
| Josy W. Ingersoll <br> John W. Shaw <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br><br> Paul E. Crawford <br> Patricia Smink Rogowski <br> Connolly Bove Lodge & Hutz LLP <br> 1007 N. Orange Street <br> Wilmington, DE 19801 | Annemarie Hassett <br> Goodwin Proctor LLP <br> 599 Lexington Avenue <br> New York, NY  10022 <br><br> Gasper J. LaRosa <br> Jones Day <br> 222 East 41 Street <br> New York, NY  10017 |

Dated: March 27, 2006  /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 N. Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 27th day of March, 2006, the foregoing document was served via email and via first class mail on the following non-registered participants:

| | |
|---|---|
| Gasper J. LaRosa | Annemarie Hassett |
| Jones Day | Goodwin Proctor LLP |
| 222 East 41 Street | 599 Lexington Avenue |
| New York, NY 10017 | New York, NY 10022 |
| gjlarosa@jonesday.com | ahassett@goodwinproctor.com |

　　　　　　　　　　　*/s/ Richard K. Herrmann*
　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　(302) 888-6800
　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　ASTELLAS US LLC and
　　　　　　　　　ASTELLAS PHARMA US, INC.