## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS<br>RESEARCH AND DEVELOPMENT,<br>INC., ASTELLAS US LLC, and<br>ASTELLAS PHARMA US, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05cv337 (SLR) |
| SICOR INC. and SICOR<br>PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for King Pharmaceuticals Research and Development,

Inc., hereby certifies that copies of King's Responses and Objections to Sicor's First Notice of

30 (B)(6) Deposition of King and King's Responses and Objections to Sicor's Second Notice of

30 (B)(6) Deposition of King, were caused to be served on March 7, 2006, by facsimile and

Federal Express on the counsel listed below:

Annamarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017
Fax: (212) 355-3333

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801
Fax: (302) 571-1253

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
Fax: (202) 408-4400

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Fax: (302) 571-1750


Dated:  March 30, 2006                    /s/ Paul E. Crawford
                                        Paul E. Crawford (#493)
                                        Patricia Smink Rogowski (#2632)
                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                        P.O. Box 2207
                                        1007 N. Orange Street
                                        Wilmington, DE  19899
                                        pcrawford@cblh.com
                                        Attorney for Plaintiff King Pharmaceuticals
                                        Research and Development, Inc.

456193

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on

March 30, 2006, upon the following counsel of record in the manner indicated:

### By Electronic Filing & Hand Delivery

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

D. Fon Muttamara-Walker, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

### By First Class Mail

Annamarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

  /s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
pcrawford@cblh.com
Attorney for Plaintiff King Pharmaceuticals
Research and Development, Inc.

456193