IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

## Statement Pursuant to Local Rule 7.1.1

Pursuant to Local Rule 7.1.1 of this Court, Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") hereby state that counsel for Sicor have made a reasonable effort to reach agreement with counsel for King Pharmaceuticals Research and Development, Inc., Astellas US LLC, and Astellas Pharma US LLC (collectively "plaintiffs") on the matters set forth in Sicor's Motion for Leave to Amend its Answer by circulating an email request on March 30, 2006. Plaintiffs responded to Sicor's counsel that plaintiffs oppose the proposed clarifying amendments.