IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") Motion For Leave To Amend Its Answer pursuant to Rule 15(a) be GRANTED.

_____
United States District Judge