IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

## NOTICE OF DEPOSITION OF MR. RICHARD WHITE

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1), Fed. R. Civ. P., Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor"), by and through their counsel, shall take the deposition of Mr. Richard White, a current employee of Astellas.

The deposition will begin at 9:00 a.m. on Thursday, April 13th, at the Crowne Plaza Chicago Silversmith Hotel, located at 10 South Wabash Avenue, Chicago, Illinois. The deposition will be conducted before a notary public or other officer authorized to administer oaths.

The deposition will be recorded stenographically and by video.

You are invited to attend and cross-examine.

Dated: April 3, 2006

/s/ John W. Shaw

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Of Counsel:
David M. Hashmall, P.C. (admitted *pro hac vice*)
Annemarie Hassett (admitted *pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendants Sicor Inc.
and Sicor Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on April 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul Crawford, Esquire<br>Connolly Bove Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Richard K. Herrmann, Esquire<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

I further certify that on April 3, 2006, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following in the manner indicated:

**BY E-MAIL & FEDERAL EXPRESS**

| | |
|---|---|
| Charles E. Lipsey, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Susan H. Griffen, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413 |

Gasper LaRosa, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendants*