IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KING PHARMACEUTICALS RESEARCH     )
AND DEVELOPMENT, INC., ASTELLAS US )
LLC, and ASTELLAS PHARMA US, INC.  )
                                   )     Civil Action No. 05-337 SLR
            Plaintiffs,            )
                                   )
        v.                         )
                                   )
SICOR INC. and                     )
SICOR PHARMACEUTICALS, INC.,       )
                                   )
            Defendants.            )
                                   )
_____    )

## NOTICE OF DEPOSITION OF MS. CATHERINE KLOSE

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1), Fed. R. Civ. P., Sicor Inc. and

Sicor Pharmaceuticals, Inc. (collectively "Sicor"), by and through their counsel, shall take the

deposition of Ms. Catherine Klose, a current employee of Astellas.

The deposition will begin at 8:00 a.m. on Tuesday, April 11th, at the Crowne Plaza

Chicago Silversmith Hotel, located at 10 South Wabash Avenue, Chicago, Illinois. The

deposition will be conducted before a notary public or other officer authorized to administer

oaths.

The deposition will be recorded stenographically and by video.

You are invited to attend and cross-examine.

Dated:  April 3, 2006

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Of Counsel:
David M. Hashmall, P.C. (admitted *pro hac vice*)
Annemarie Hassett (admitted *pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendants Sicor Inc.*
*and Sicor Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on April 3, 2006, I caused to be electronically filed a

true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Crawford, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on April 3, 2006, I caused copies of the foregoing document to be served by

hand delivery on the above listed counsel of record and on the following in the manner indicated:

### BY E-MAIL & FEDERAL EXPRESS

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Gasper LaRosa, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendants*