IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | Civil Action No. 05cv337 (SLR) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) | |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves for the admission *pro hac vice* of Evangeline Shih of the law firm of Jones Day, 222 East 41st Street, New York, New York 10017-6702 to represent Plaintiff, King Pharmaceuticals Research and Development, Inc. in this matter.

Date:   April 10, 2006

/s/ Patricia Smink Rogowski
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorneys for Plaintiff King Pharmaceuticals
Research and Development, Inc.

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Evangeline Shih is GRANTED.

Dated:_____                    _____
                                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I, Evangeline Shih, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date April 7, 2006

Evangeline Shih, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
Phone: (212) 326-3939
Fax: (212) 755-7306

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify on this 10th day of April, 2006, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
*Attorney for Plaintiffs Astellas US LLC and Astellas Pharma US, Inc.*

Doungamon Fon Muttamara-Walker
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorney for Defendants SICOR Inc. and SICOR Pharmaceuticals, Inc.*

/s/ Patricia Smink Rogowski
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorneys for Plaintiff King Pharmaceuticals Research and Development, Inc.