**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br>                    Plaintiffs, <br><br>         v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 05-0337-SLR |

**NOTICE OF DEPOSITION OF KAREN LOBERG**
**PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC and Astellas Pharma US, Inc. shall take the deposition of Karen Loberg.

The deposition shall take place at 9:00 AM on April 20, 2006 at the offices of Jones Day, 3 Park Plaza, Suite 1100, Irvine, California 92614-8505. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

2

Dated: April 14, 2006      */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
 WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF KAREN LOBERG PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 14th day of April, 2006, the foregoing document was served via email on the following non-registered participants:

F. Dominic Cerrito
Brian Poissant
Gasper LaRosa
JONES DAY
222 E. 41st Street
New York, NY 10017
gjlarosa@jonesday.com

Annemarie Hassett
Melanie Rupert
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
ahassett@goodwinproctor.com

　　　　　　　　*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiffs*