# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br>           Plaintiffs, <br><br>    v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 05-0337-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the following document, **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO ASTELLAS US LLC AND ASTELLAS PHARMA US, INC.,** were served on counsel as indicated:

**VIA EMAIL ON 4/19/2006 AND VIA HAND DELIVERY ON 4/20/2006**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**VIA EMAIL ON 4/19/2006 AND VIA FIRST CLASS MAIL ON 4/20/2006**

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY  10017

Dated: April 19, 2006

      /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 19th day of April, 2006, the foregoing document was served via email on the following non-registered participants:

Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY 10017
gjlarosa@jonesday.com

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
ahassett@goodwinprocter.com

　　　　　　　/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.