IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05cv337 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for King Pharmaceuticals Research and Development, Inc., hereby certifies that copies of King Pharmaceuticals Research and Development's Responses and Objections to Sicor's First Set of Interrogatories, were caused to be served on April 19, 2006, by facsimile and Federal Express on the counsel listed below:

> Annamarie Hassett, Esquire
> Goodwin Proctor LLP
> 599 Lexington Avenue
> New York, NY 10017
> Fax: (212) 355-3333
>
> John W. Shaw, Esquire
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 100 West Street, 17th Floor
> Wilmington, DE 19801
> Fax: (302) 571-1253
>
> Susan H. Griffin, Esquire
> Finnegan Henderson Farabow Garrett & Dunner LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413
> Fax: (202) 408-4400

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Fax: (302) 571-1750


Dated: April 20, 2006

/s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorney for Plaintiff King Pharmaceuticals
Research and Development, Inc.

460048

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on April 20, 2006, upon the following counsel of record in the manner indicated:

### By Electronic Filing & Hand Delivery

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

D. Fon Muttamara-Walker, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

### By First Class Mail

Annamarie Hassett, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

/s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorney for Plaintiff King Pharmaceuticals Research and Development, Inc.

460048