**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.:  05-0337-SLR |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 2nd day of May, 2006, copies of the following

document, **PLAINTIFFS' FINAL INFRINGEMENT CONTENTIONS REGARDING U.S.**

**PATENT NO. 5,070,877,** were served on counsel as indicated:

**VIA EMAIL AND VIA HAND DELIVERY**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**VIA EMAIL AND FEDEX**

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY  10017

Dated: May 2, 2006                                  */s/ Richard K. Herrmann*
                                                    Richard K. Herrmann (#405)
                                                    Mary B. Matterer (#2696)
                                                    MORRIS, JAMES, HITCHENS &
                                                    WILLIAMS LLP
                                                    222 Delaware Avenue, 10th Floor
                                                    Wilmington, Delaware 19801
                                                    (302) 888-6800
                                                    rherrmann@morrisjames.com
                                                    mmatterer@morrisjames.com

                                                    Attorneys for Plaintiffs
                                                    ASTELLAS US LLC and
                                                    ASTELLAS PHARMA US, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 2nd day of May, 2006, the foregoing document was served via email and via FedEx on the following non-registered participants:

Gasper J. LaRosa
Jones Day
222 East 41 Street
New York, NY  10017
212.326.3939
gjlarosa@jonesday.com

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
212.813.8800
ahassett@goodwinprocter.com

　　　　　*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.