# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 05-0337-SLR |

## NOTICE OF DEPOSITION OF MICHAEL BURTON
## PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

  PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US, LLC and Astellas Pharma US, Inc. shall take the deposition of Michael Burton.

  The deposition shall take place at 8:00 AM on May 5, 2006 at the offices of Jones Day, 3 Park Plaza, Suite 1100, Irvine, California 92614-8505. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

  This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

  You are invited to attend and examine the witness.

Dated: May 3, 2006

        */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF MICHAEL BURTON PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 North Orange Street | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE  19801 |

Additionally, I hereby certify that on the 14th day of April, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| F. Dominic Cerrito | Annemarie Hassett |
| Brian Poissant | Melanie Rupert |
| Gasper LaRosa | Goodwin Proctor LLP |
| JONES DAY | 599 Lexington Avenue |
| 222 E. 41st Street | New York, NY  10022 |
| New York, NY  10017 | ahassett@goodwinproctor.com |
| gjlarosa@jonesday.com | |

                                     */s/ Richard K. Herrmann*
                                     Richard K. Herrmann (#405)
                                     Mary B. Matterer (#2696)
                                     Morris, James, Hitchens & Williams LLP
                                     222 Delaware Avenue, 10th Floor
                                     Wilmington, Delaware 19801
                                     (302) 888-6800
                                     mmatterer@morrisjames.com

                                     ***Attorneys for Plaintiffs***