IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0337-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 12th day of May 2006, copies of **PLAINTIFFS'**

**FINAL VALIDITY CONTENTIONS REGARDING U.S. PATENT NO. 5,070,877** were

served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*jingersoll@ycst.com*
*jshaw@ycst.com*

Paul M. Lukoff
David E. Brand
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6500
*pmlukoff@prickett.com*
*debrand@prickett.com*

**VIA EMAIL AND FEDEX OVERNIGHT**

Annemarie Hassett
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
*ahassett@goodwinproctor.com*

John Scheibeler
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
*jscheibeler@whitecase.com*

Dated: May 12, 2006

/s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS
  & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

**Attorneys for Plaintiffs**
**ASTELLAS US LLC and**
**ASTELLAS PHARMA US, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2006, I electronically filed the foregoing **NOTICE OF SERVICE of PLAINTIFFS' FINAL VALIDITY CONTENTIONS REGARDING U.S. PATENT NO. 5,070,877**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul M. Lukoff | Josy W. Ingersoll |
| David E. Brand | John W. Shaw |
| Prickett, Jones & Elliott, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 1310 King Street | The Brandywine Building |
| (302) 888-6500 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| *pmlukoff@prickett.com* | (302) 571-6600 |
| *debrand@prickett.com* | *jingersoll@ycst.com* |
| | *jshaw@ycst.com* |

Additionally, I hereby certify that on the 12th day of May, 2006, the foregoing document was served via email and Federal Express overnight delivery on the following non-registered participants:

| | |
|---|---|
| John Scheibeler | Annemarie Hassett |
| White & Case, LLP | Goodwin Proctor LLP |
| 1155 Avenue of the Americas | 599 Lexington Avenue |
| New York, NY 10036 | New York, NY 10022 |
| (212) 819-8200 | (212) 813-8800 |
| *jscheibeler@whitecase.com* | *ahassett@goodwinproctor.com* |

Dated: May 12, 2006

        */s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS
  & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
*rherrmann@morrisjames.com*
*mmatterer@morrisjames.com*

**Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.**