IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS U.S. LLC and ASTELLAS PHARMA US, INC., <br><br>Plaintiffs, <br><br>v. <br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>Defendants. | Civil Action No.: 05-0337-SLR |

## STIPULATION

Plaintiffs King Pharmaceuticals Research and Development, Inc., Astellas US LLC and Astellas Pharma US, Inc. (collectively, "Plaintiffs") and Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. (collectively "Defendants"), hereby stipulate and agree, subject to the approval of the Court, that the following facts are undisputed:

1.  Sicor Pharmaceuticals, Inc. filed Abbreviated New Drug Application No. 77-426 ("Sicor's ANDA") with the Food and Drug Administration ("FDA"), seeking approval for the commercial manufacture, use and sale of adenosine as an adjunct to thallium-201 myocardial perfusion scintigraphy in patients unable to exercise adequately ("Adenosine Injection USP").

2.  Defendants admit that making, using, offering to sell, importing, or selling Sicor's Adenosine Injection USP in the United States would infringe asserted claims 1, 3-12, 17, 18, 20-26 and 43 of United States Patent No. 5,070,877 ("the '877 patent"). This admission is without

prejudice to Defendants' allegations that asserted claims 1, 3-12, 17, 18, 20-26 and 43 of the '877 patent are invalid.

**SO STIPULATED:**

| | |
|---|---|
| ___/s/ Mary B. Matterer_____<br>Richard K. Herrmann (No. 405)<br>Mary B. Matterer (No. 2696)<br>MORRIS, JAMES, HITCHENS &<br>WILLIAMS LLP<br>222 Delaware Ave., 10th Floor<br>Wilmington, DE 19801<br>T: (302) 888-6800<br>mmatterer@morrisjames.com | ___/s/ Karen E. Keller_____<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801<br>T: (302) 571-6672<br>jshaw@ycst.com |
| Of Counsel<br>Charles E. Lipsey<br>FINNEGAN, HENDERSON, FARABOW<br>GARRETT, DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>T: (871) 203-2700 | Of Counsel:<br>David M. Hashmall, P.C.<br>Annemarie Hassett<br>GOODWIN PROCTER LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>T: (212) 813-8800 |
| Susan H. Griffen<br>David P. Frazier<br>FINNEGAN, HENDERSON, FARABOW<br>GARRETT, & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 2001-4413<br>T: (201) 408-4000 | Attorneys for:<br><br>**SICOR INC.,**<br>**SICOR PHARMACEUTICALS INC.** |
| Attorneys for:<br><br>**ASTELLAS US LLC AND**<br>**ASTELLAS PHARMA US, INC.** | |

  /s/ Paul E. Crawford
Paul E. Crawford (No. 493)
Patricia Smink Rogowski (No. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
T: (302) 658-9141
pcrawford@cblh.com

Of Counsel:
F. Dominic Cerrito
Daniel L. Malone
Gasper LaRosa
JONES DAY
222 East 41 Street
New York, NY 10017
T: (212) 326-3939

Attorneys for:

**KING PHARMACEUTICALS**
**RESEARCH AND DEVELOPMENT, INC.**


      **SO ORDERED** this ____ day of May, 2006.


            _____
            U.S. District Court Judge