IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-337-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 29th day of June, 2006, having reviewed defendants' motion to amend and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 78) is denied. Although this motion was timely filed, I cannot fathom the need for such an amendment, since it is black letter law that a party cannot be held liable for infringement of a claim unless that claim is valid and enforceable. See Viskase Corp. v. American Nat. Can Co., 261 F.3d 1316, 1323 (Fed. Cir. 2001). Adding

unnecessary language[1] to a pleading usually leads to mischief and I decline to encourage such conduct.

                                                    */s/ Sue L. Robinson*
                                             United States District Judge

---

[1] Defendants want to add to their affirmative defense of non-infringement that "[t]he manufacture, use, offer for sale, sale or importation of Adenosine Injection, USP specified in ANDA No. 77-425 does not and will not infringe **any asserted valid and enforceable claim** of the '877 patent, either literally or under the doctrine of equivalents." (D.I. 78, exs. A, B)

2