IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-337 SLR |

**STIPULATION AND PROPOSED ORDER**

WHEREAS plaintiffs King Pharmaceuticals Research and Development. Inc., Astellas US LLC and Astellas Pharma US, Inc. (collectively "Plaintiffs") and defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Defendants") collectively seek and jointly request to extend the discovery deadlines set forth below, and

WHEREAS, in order to facilitate the just, speedy, and inexpensive determination of the litigation, the parties have agreed to extend certain dates that impact discovery between the parties but that do not impact the Court's schedule for claim construction or any other dates or deadlines set by the Court.

NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. The deadline by which Plaintiffs shall serve their expert reports concerning validity is extended through and including July 20, 2006.

2. The deadline by which Defendants shall serve their rebuttal expert report(s) on secondary indicia is extended through and including August 25, 2006.

3.    The deadline by which Plaintiffs and Defendants shall conclude expert discovery is extended through and including October 20, 2006.

   /s/ Richard K. Herrmann                               /s/ Karen E. Keller
Richard K. Herrmann #405                                    Josy W. Ingersoll #1088
Mary B. Matterer # 2696                                     John W. Shaw #3362
MORRIS JAMES HITCHENS & WILLIAMS LLP                        Karen E. Keller #4489
222 Delaware Avenue, 10th Floor                             YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, DE 19801                                        The Brandywine Building
(302) 888-6800                                              1000 West Street
rherrmann@morrisjames.com                                   Wilmington, DE 19801
mmatterer@morrisjames.com                                   (302) 571-6672
*Attorneys for Plaintiffs*                                  jingersoll@ycst.com
*Astellas US LLC and*                                       jshaw@ycst.com
*Astellas Pharma US, Inc.*                                  *Attorneys for Defendants*
                                                          *Sicor Inc. and*
                                                          *Sicor Pharmaceuticals, Inc.*

   /s/ Paul E. Crawford                    
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*

**SO ORDERED** this _____ day of July, 2006.

                                                                The Honorable Sue L. Robinson