IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 05cv337 (SLR) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff, King Pharmaceuticals Research and Development Inc. ("King Pharma") hereby notifies the Court that Gasper J. LaRosa, previously admitted Pro-hac vice, is withdrawing as counsel for King Pharma in this action.

The undersigned, as well as other counsel of record, Brian Poissant, Evangeline Shih, Todd E. Breuer, and Francis D. Cerrito of Jones Day, 222 E. 41st Street, New York, NY 10017, remain counsel of record for King Pharma in this action.


Date: July 7, 2006                    /s/ Paul E. Crawford
                                                           Paul E. Crawford (#493)
                                                          Patricia Smink Rogowski (#2632)
                                                           CONNOLLY BOVE LODGE & HUTZ LLP
                                                           P.O. Box 2207
                                                           1007 N. Orange Street
                                                           Wilmington, DE  19899
                                                           pcrawford@cblh.com
                                                           *Attorneys for Plaintiff King Pharmaceuticals*
                                                           *Research and Development, Inc.*

474986

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2006, a true and correct copy of the foregoing **Notice of Withdrawal of Counsel** was caused to be served on the following in the manner indicated:

**By Electronic Filing & Hand Delivery**

Richard K. Hermann, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

**By First Class Mail**

Annamarie Hassett, Esquire
Melanie R. Rupert, Esquire
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10017

Susan H. Griffin, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

    /s/ Paul E. Crawford
Paul E. Crawford, Esquire (#0493)
pcrawford@cblh.com

474986-1