IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>                Plaintiffs,<br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>                Defendants. | Civil Action No.<br>Civil Action No. 05cv337 (SLR) |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Jonathan A. Muenkel of the law firm Jones Day, 222 East 41st Street, New York, New York 10017-6702 to represent Plaintiff, King Pharmaceuticals Research and Development, Inc. in this matter.

Date:   August 8, 2006

/s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorneys for Plaintiff King Pharmaceuticals
Research and Development, Inc.

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jonathan A. Muenkel is GRANTED.

Dated:_____          _____
                                                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I, Jonathan A. Muenkel, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date August 7, 2006

Jonathan Muenkel, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
Phone: (212) 326-3939
Fax: (212) 755-7306

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify on this 8th day of August, 2006, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
*Attorney for Plaintiffs Astellas US LLC and Astellas Pharma US, Inc.*

Doungamon Fon Muttamara-Walker
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorney for Defendants SICOR Inc. and SICOR Pharmaceuticals, Inc.*

/s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
pcrawford@cblh.com
Attorneys for Plaintiff King Pharmaceuticals
Research and Development, Inc.