**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br>             Plaintiffs, <br><br>       v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0337-SLR ) ) ) ) ) ) |

**JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Rule 16 Scheduling Order in this matter, the parties hereby submit that they do not believe they need construction of any claim terms for U.S. Patent No. 5,070,877 ("the '877 patent"), as no construction of any claim term is in dispute.

| | |
|---|---|
|   /s/ Richard K. Herrmann |   /s/ Monté T. Squire |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| MORRIS JAMES HITCHENS & WILLIAMS LLP | John W. Shaw #3362 |
| 222 Delaware Avenue, 10th Floor | Monté T. Squire #4764 |
| Wilmington, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| (302) 888-6800 | 1000 West Street |
| rherrmann@morrisjames.com | Wilmington, DE 19801 |
| | (302) 571-6672 |
| Susan H. Griffen | msquire@ycst.com |
| David P. Frazier | |
| FINNEGAN, HENDERSON, FARABOW, | David M. Hashmall, P.C. |
|   GARRETT & DUNNER, LLP | Annemarie Hassett |
| 901 New York Avenue | GOODWIN PROCTER LLP |
| Washington, D.C. 20001-4413 | 599 Lexington Avenue |
| (202) 408-4000 | New York, NY 10022 |
| | (212) 813-8800 |
| *Attorneys for Plaintiffs* | |
| *Astellas US LLC and* | *Attorneys for Defendants* |
| *Astellas Pharma US, Inc.* | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

  /s/ Paul E. Crawford
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com

F. Dominic Cerrito
Brian Poissant
JONES DAY
222 E. 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*