IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. AND SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the following deadline shall be extended as indicated:

(1) Defendants' rebuttal expert reports on secondary indicia of non-obviousness shall be served on September 1, 2006.

This changes does not effect any other dates in the Court's Scheduling Order.

DATED: August 24, 2006

| MORRIS JAMES HITCHENS & WILLIAMS | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Richard K. Herrmann | *Karen E. Keller* (signature) |
| Richard K. Herrmann (No. 405) | John W. Shaw (No. 3362) |
| 222 Delaware Avenue, 10th Fl. | Karen E. Keller (No. 4489) |
| P.O. Box 2306 | The Brandywine Building |
| Wilmington, DE 19899-2306 | 1000 West Street, 17th Floor |
| Telephone: (302)-888-6816 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | Telephone: (302) 571-6600 |
| *Attorneys for Astellas US LLC and Astellas Pharma US, Inc.* | kkeller@ycst.com |
| | *Attorneys for Sicor, Inc. and Sicor Pharmaceuticals, Inc.* |

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Paul E. Crawford
Paul E. Crawford (No. 493)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
Telephone: (302)-658-9141
pcrawford@cblh.com
*Attorneys for King Pharmaceuticals Research and Development Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge