**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  05-337 SLR |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Allison E. Green, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: September 21, 2006                     */s/ Richard K. Herrmann*
                                                            Richard K. Herrmann (#405)
                                                            MORRIS JAMES HITCHENS & WILLIAMS LLP
                                                            222 Delaware Avenue, 10th Floor
                                                            Wilmington, Delaware 19801
                                                            302.888.6800
                                                            rherrmann@morrisjames.com
                                                            Attorneys for Plaintiffs Astellas US LLC
                                                            and Astellas Pharma US, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                                            The Honorable Sue L. Robinson

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Iowa and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   September 21, 2006          Signed: _____

Allison E. Green, Esq.
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, D.C.  20001-4413
(202) 408-4000

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2006, I electronically filed the

foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the

Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford                                Josy W. Ingersoll
Patricia Smink Rogowski                   John W. Shaw
Connolly Bove Lodge & Hutz LLP      Young Conaway Stargatt & Taylor, LLP
1007 N. Orange Street                         The Brandywine Building
Wilmington, DE 19801                        1000 West Street, 17th Floor
                                                           Wilmington, DE  19801

Additionally, I hereby certify that on the 21st day of September, 2006, the foregoing

document was served via email on the following non-registered participants:

Brian Poissant                                    David M. Hashmall, P.C.
Jones Day                                           Annemarie Hassett
222 East 41 Street                              Goodwin Proctor LLP
New York, NY  10017                         599 Lexington Avenue
gjlarosa@jonesday.com                      New York, NY  10022
                                                          dhashmall@goodwinproctor.com
                                                          ahassett@goodwinproctor.com


            */s/ Richard K. Herrmann*
            Richard K. Herrmann (#405)
            MORRIS JAMES HITCHENS & WILLIAMS LLP
            222 Delaware Avenue, 10th Floor
            Wilmington, Delaware 19801
            302.888.6800
            rherrmann@morrisjames.com
            Attorneys for Plaintiffs Astellas US LLC
            and Astellas Pharma US, Inc.