IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-337 SLR |
| v. | ) ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF DEPOSITION OF DR. MANUEL D. CERQUEIRA

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor"), by and through their counsel, shall take the deposition of Dr. Manuel D. Cerqueira who has been identified as an expert witness by Plaintiffs.

The deposition shall take place at 9:30 AM on October 18, 2006 at the offices of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C. 20001. The deposition will be conducted before a notary public or other officer authorized to administer oaths.

The deposition will be recorded stenographically and by video.

You are invited to attend and cross-examine.

Dated: September 21, 2006

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Of Counsel:
David M. Hashmall, P.C. (admitted *pro hac vice*)
Annemarie Hassett (admitted *pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

*Attorneys for Defendants Sicor Inc.*
*and Sicor Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Crawford, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on September 21, 2006, I caused copies of the foregoing document to be served by hand on the above-listed counsel and on the following in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Brian M. Poissant, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Susan H. Griffen, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*