## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 05-0337-SLR |

## NOTICE OF DEPOSITION OF DR. H. WILLIAM STRAUSS
## PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. shall take the deposition of Dr. H. William Strauss, Professor of Radiology at the Weill Medical College of Cornell University.

The deposition shall take place beginning at 9:30 AM on October 4, 2006 at the offices of Jones Day, 222 East 41st Street, New York, New York. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated:  September 21, 2006        _____*/s/ Mary B. Matterer*_____
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
   WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899
(302) 888-6800
mmatterer@morrisjames.com

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF DR. H. WILLIAM STRAUSS PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford                          Josy W. Ingersoll
Patricia Smink Rogowski                   John W. Shaw
Connolly Bove Lodge & Hutz LLP            Young Conaway Stargatt & Taylor, LLP
1007 North Orange Street                  The Brandywine Building
Wilmington, DE  19801                     1000 West Street, 17th Floor
                                          Wilmington, DE  19801

Additionally, I hereby certify that on the 21st day of September, 2006, the foregoing document was served via email and hand delivery on the above counsel and via email and federal express on the following non-registered participants:

F. Dominic Cerrito                        Annemarie Hassett
Brian Poissant                            Melanie Rupert
JONES DAY                                 Goodwin Proctor LLP
222 E. 41st Street                        599 Lexington Avenue
New York, NY  10017                       New York, NY  10022
gjlarosa@jonesday.com                     ahassett@goodwinproctor.com


                        _____/s/ Mary B. Matterer_____
                        Richard K. Herrmann (#405)
                        Mary B. Matterer (#2696)
                        Morris, James, Hitchens & Williams LLP
                        222 Delaware Avenue, 10th Floor
                        Wilmington, Delaware 19801
                        (302) 888-6800
                        mmatterer@morrisjames.com

                        *Attorneys for Plaintiffs*
                        *Astellas US LLC and*
                        *Astellas Pharma US, Inc.*