### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR, INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No.: 05-0337-SLR |

### NOTICE OF CONTINUING DEPOSITION OF DR. H. WILLIAM STRAUSS PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. shall take the continuing deposition of Dr. H. William Strauss, Professor of Radiology at the Weill Medical College of Cornell University.

The deposition shall take place beginning at 9:30 AM on November 10, 2006 at the offices of Jones Day, 222 East 41st Street, New York, New York. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

| | |
|---|---|
| Dated: October 31, 2006 | _/s/ Mary B. Matterer_ |
| | Richard K. Herrmann #405 |
| | Mary B. Matterer #2696 |
| | MORRIS, JAMES, HITCHENS & |
| |   WILLIAMS LLP |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE  19899 |
| | (302) 888-6800 |
| | mmatterer@morrisjames.com |
| | |
| | Susan H. Griffen |
| | David P. Frazier |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, LLP |
| | 901 New York Avenue |
| | Washington, D.C.  20001-4413 |
| | (202) 408-4000 |
| | |
| | *Attorneys for Plaintiffs* |
| | *Astellas US LLC and* |
| | *Astellas Pharma US, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2006, I electronically filed the foregoing document, **NOTICE OF CONTINUING DEPOSITION OF DR. H. WILLIAM STRAUSS PURSUANT TO FED. R. CIV. P. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 North Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the 31st day of October, 2006, the foregoing document was served via email and hand delivery on the above counsel and via email and federal express on the following non-registered participants:

| | |
|---|---|
| F. Dominic Cerrito | Annemarie Hassett |
| Brian Poissant | Melanie Rupert |
| JONES DAY | Goodwin Proctor LLP |
| 222 E. 41st Street | 599 Lexington Avenue |
| New York, NY 10017 | New York, NY 10022 |
| gjlarosa@jonesday.com | ahassett@goodwinproctor.com |

        */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*