**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>              Plaintiffs,<br>   v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-0337-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 20th day of November, 2006, copies of the following document, **PLAINTIFFS' DISCLOSURE OF FACT WITNESSES,** were served on counsel as indicated:

**VIA EMAIL AND VIA HAND DELIVERY**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**VIA EMAIL (on 11/20/2006) AND**
**VIA FIRST CLASS MAIL (on 11/21/2006)**

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Brian Poissant
Jones Day
222 East 41 Street
New York, NY 10017

Dated: November 21, 2006

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.