**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

KING PHARMACEUTICALS RESEARCH
AND DEVELOPMENT, INC.,
ASTELLAS US LLC, and
ASTELLAS PHARMA US, INC.,

                Plaintiffs,

        v.

SICOR INC. and
SICOR PHARMACEUTICALS, INC.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: 05-0337-SLR

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on the 20th day of December, 2006, copies of the following document, **PLAINTIFFS' DISCLOSURE OF REBUTTAL FACT WITNESSES,** were served on counsel as indicated:

**VIA EMAIL AND VIA HAND DELIVERY**

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Paul E. Crawford
Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**VIA EMAIL and First Class Mail**

Annemarie Hassett
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

Brian Poissant
Jones Day
222 East 41 Street
New York, NY  10017

Dated: December 20, 2006

_____ /s/ Richard K. Herrmann _____

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiffs
ASTELLAS US LLC and
ASTELLAS PHARMA US, INC.