IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH ) <br> AND DEVELOPMENT, INC., ASTELLAS US ) <br> LLC, and ASTELLAS PHARMA US, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SICOR INC., and ) <br> SICOR PHARMACEUTICALS, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 05-337-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 20, 2006, copies of Defendants' Rebuttal Fact Witness List were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Paul Crawford, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

Susan H. Griffen, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
11955 Freedom Drive
Reston, VA 20190-5675

Brian M. Poissant, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 20, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Fl.
P.O. Box 2306
Wilmington, DE 19899-2306

Paul Crawford, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

Susan H. Griffen, Esquire
Finnegan Henderson Farabow
Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Charles E. Lipsey, Esquire
Finnegan Henderson Farabow
  Garrett & Dunner LLP
11955 Freedom Drive
Reston, VA 20190-5675

Brian M. Poissant, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com
*Attorneys for Defendants*

2

OF COUNSEL:
David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: December 20, 2006