IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH ) <br> AND DEVELOPMENT, INC., ) <br> ASTELLAS US LLC and ) <br> ASTELLAS PHARMA US, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SICOR INC. and ) <br> SICOR PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-337 SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Sarah J. Sladic, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: January 2, 2007          /s/ Richard K. Herrmann
                                Richard K. Herrmann (#405)
                                MORRIS JAMES LLP
                                500 Delaware Avenue, Suite 1500
                                Wilmington, Delaware 19801-1494
                                302.888.6800
                                rherrmann@morrisjames.com
                                Attorneys for Plaintiffs Astellas US LLC
                                and Astellas Pharma US, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  January 2, 2007

Signed: _____
Sarah J. Sladic, Esq.
Finnegan, Henderson, Farabow, Garrett
 & Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January, 2007, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul E. Crawford                          Josy W. Ingersoll
Patricia Smink Rogowski                   John W. Shaw
Connolly Bove Lodge & Hutz LLP            Young Conaway Stargatt & Taylor, LLP
1007 N. Orange Street                     The Brandywine Building
Wilmington, DE 19801                      1000 West Street, 17th Floor
                                          Wilmington, DE 19801

Additionally, I hereby certify that on the 2nd day of January, 2007, the foregoing document was served via email on the above counsel and on the following non-registered participants:

Brian Poissant                            David M. Hashmall, P.C.
Jones Day                                 Annemarie Hassett
222 East 41 Street                        Goodwin Proctor LLP
New York, NY  10017                       599 Lexington Avenue
gjlarosa@jonesday.com                     New York, NY  10022
                                          dhashmall@goodwinproctor.com
                                          ahassett@goodwinproctor.com


          ____/s/ Richard K. Herrmann_____
          Richard K. Herrmann (#405)
          MORRIS JAMES LLP
          500 Delaware Avenue, Suite 1500
          Wilmington, Delaware 19801-1494
          302.888.6800
          rherrmann@morrisjames.com
          Attorneys for Plaintiffs Astellas US LLC
          and Astellas Pharma US, Inc.