**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH<br>AND DEVELOPMENT, INC.,<br>ASTELLAS US LLC and<br>ASTELLAS PHARMA US, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SICOR INC. and<br>SICOR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No.  05-337 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Mark J. Feldstein, Esquire of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. in this matter.

Dated: January 16, 2007　　　　　　_____/s/ Richard K. Herrmann_____
　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801-1494
　　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Astellas US LLC
　　　　　　　　　　　　　　　　　and Astellas Pharma US, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: January 16, 2007          Signed: _____
                                         Mark J. Feldstein, Esq.
                                         Finnegan, Henderson, Farabow, Garrett
                                          & Dunner, LLP
                                         901 New York Ave, NW
                                         Washington, DC 20001-4413
                                         (202) 408-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2007, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Paul E. Crawford | Josy W. Ingersoll |
| Patricia Smink Rogowski | John W. Shaw |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| 1007 N. Orange Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

Additionally, I hereby certify that on the same date, the foregoing document was served via email on the above counsel and on the following non-registered participants:

| | |
|---|---|
| Brian Poissant | David M. Hashmall, P.C. |
| Jones Day | Annemarie Hassett |
| 222 East 41 Street | Goodwin Proctor LLP |
| New York, NY 10017 | 599 Lexington Avenue |
| gjlarosa@jonesday.com | New York, NY 10022 |
| | dhashmall@goodwinproctor.com |
| | ahassett@goodwinproctor.com |

                            _/s/ Richard K. Herrmann_
                          Richard K. Herrmann (#405)
                          MORRIS JAMES LLP
                          500 Delaware Avenue, Suite 1500
                          Wilmington, Delaware 19801-1494
                          302.888.6800
                          rherrmann@morrisjames.com
                          Attorneys for Plaintiffs Astellas US LLC
                          and Astellas Pharma US, Inc.