IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-337 SLR |

**REVISED STIPULATION**

Whereas on May 16, 2006, the parties submitted a Stipulation to the Court concerning infringement of claims 1, 3-12, 17, 18, 20-26 and 43 of the '877 patent, without prejudice to Defendants' allegations that asserted claims 1, 3-12, 17, 18, 20-26 and 43 of the '877 patent are invalid.

Whereas Plaintiffs are now asserting infringement of only claim 23 as read through claim 17, claim 23 as read through claim 18, and claim 43 of the '877 patent.

Whereas the parties have agreed that any stipulation as to infringement shall be limited to only the claims that Plaintiffs are now asserting, specifically claim 23 as read through claim 17, claim 23 as read through claim 18, and claim 43 of the '877 patent.

Therefore, Plaintiffs King Pharmaceuticals Research and Development, Inc., Astellas US LLC and Astellas Pharma US, Inc. (collectively, "Plaintiffs") and Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively "Defendants"), hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Sicor Pharmaceuticals, Inc. filed Abbreviated New Drug Application No. 77-425 ("Sicor's ANDA") with the Food and Drug Administration ("FDA"), seeking approval for the

commercial manufacture, use and sale of adenosine as an adjunct to thallium-201 myocardial perfusion scintigraphy in patients unable to exercise adequately ("Adenosine Injection USP").

2.  Defendants admit that making, using, offering to sell, importing, or selling Sicor's Adenosine Injection USP in the United States would infringe asserted claim 23 as read through claim 17, claim 23 as read through claim 18, and claim 43 of the '877 patent. This admission is without prejudice to Defendants' allegations that asserted claim 23 as read through claim 17, claim 23 as read through claim 18, and claim 43 of the '877 patent are invalid.

3.  This Revised Stipulation replaces and supersedes the Stipulation dated May 16, 2006 and entered as an Order of this Court on May 17, 2006.

**SO STIPULATED:**

/s/ Mary Matterer                                      /s/ Karen Keller (#2903)
Richard K. Herrmann #405                        Josy W. Ingersoll #1088
Mary B. Matterer # 2696                           John W. Shaw #3362
MORRIS JAMES LLP                                   Karen E. Keller #4489
500 Delaware Avenue, Suite 1500            YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, DE 19801-1494                     The Brandywine Building
(302) 888-6800                                           1000 West Street
rherrmann@morrisjames.com                  Wilmington, DE 19801
mmatterer@morrisjames.com                  (302) 571-6672
*Attorneys for Plaintiffs*                             jingersoll@ycst.com
*Astellas US LLC and*                                 jshaw@ycst.com
*Astellas Pharma US, Inc.* and                   kkeller@ycst.com
*King Pharmaceuticals Research*              *Attorneys for Defendants*
                                                                    *Sicor Inc. and*
                                                                    *Sicor Pharmaceuticals, Inc.*


_____
Paul E. Crawford #493
Patricia Smink Rogowski #2632
CONNOLLY BOVE LODGE &
HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
pcrawford@cblh.com
*Attorneys for Plaintiff*
*Item Development AB*

              **SO ORDERED** this _____ day of February, 2007.

                                                                    _____
                                                                    The Honorable Sue L. Robinson