AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

| Item Development AB, et al. | EXHIBIT AND WITNESS LIST |
| --- | --- |
| V. Sicor Inc., et al. | Case Number: 05-336, 05-337 -SLR |

| PRESIDING JUDGE Sue L. Robinson | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| TRIAL DATE (S) 2/12/-2/13/07, 2/20-2/22, 2/26-2/28/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY Tassone |

| PLF NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| TX | 35 | 2/12/07 | | YES | "The Physiological Activity of Adenine Compounds...", Drury and Szent-Gyorgy (Binkley) |
| TX | 228 | 2/12/07 | | YES | Circulation Research Article, "The Role of Adenosine in the Regulation..." Berne (Binkley) |
| TX | 275 | 2/12/07 | | YES | US. Patent '296 Sollevi (Binkley); also adm on 2/20/07 with Strauss |
| TX | 1170 | 2/12/07 | | YES | "Cardiovascular Effects of Adenosine During Controlled Hypotension..." Sept. 1983 (Binkley) |
| TX | 37 | 2/12/07 | | YES | "Cardiovascular effects of adenosine in man" Sollevi, et al. (Binkley) |
| TX | 42 | 2/12/07 | | YES | "ATP-Induced Hypotensive Anesthesia During Surgery" Fukunage, et al. (Binkley) |
| TX | 1187 | 2/12/07 | | YES | "Humoral and Hemodynamic Effects of Adenosine Infusion in Man", Biaggioni, et al. (Binkley) |
| TX | 51 | 2/12/07 | | YES | "Dipyridamole Potentiates The Hypotensive Effect of ATP", Fukunaga, et al. (Binkley) |
| TX | 5005 | 2/12/07 | | YES | admitted as demonstrative on 2/20/07 (Binkley) |
| TX | 5006 | 2/12/07 | | YES | admitted as demonstrative on 2/20/07 (Binkley) |
| TX | 5007 | 2/12/07 | | YES | admitted as demonstrative on 2/20/07 (Binkley) |
| TX | 5008 | 2/12/07 | | YES | admitted as demonstrative on 2/20/07 (Binkley) |
| TX | 36 | 2/12/07 | ADM 2/13 | YES | "Adenosine: electrophysiologic effects and therapeutic use for terminating..." (Binkley) |
| TX | 45 | 2/12/07 | ADM 2/20 | YES | "Diagnostic and Therapeutic Use of Adenosine in Patients with..." DiMarco, et al. (Binkley) |
| TX | 47 | 2/12/07 | ADM 2/21 | YES | Editorial Comment, "Adenosine, Renewed Interest in an Old Drug" (Binkley) |
| TX | 46 | 2/12/07 | ADM 2/21 | YES | Clinical Investigation, "Effects of Adenosine on Human Coronary Arterial Circulation"(Binkley) |
| TX | 48 | 2/12/07 | adm 2/13 | obj/YES | "Cardiovascular Effects of Adenosine Infusion in Man and their Modulation ..." (Binkley) |
| TX | 40 | 2/12/07 | | YES | "Cerebral and systemic circulatory effects of arterial hypotension induced by adenosine" (Binkley) |
| TX | 113 | 2/12/07 | adm 2/13 | YES | "Cardiac nucleotides in hypoxia: possible role in regulation of coronary blood flow" (Binkley) |
| TX | 26 | 2/12/07 | adm 2/26 | YES | Expert Report of Philip F. Binkley, M.D., M.P.H. (Binkley) |
| TX | 87 | 2/12/07 | adm 2/13 | YES | "Hypotensive Effects of Adenosine and Adenosine Triphosphate Compared..." (Binkley) |
| DfX | 2002 | 2/13/07 | | YES | Demonstrative (Binkley) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 16 Pages

≈AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | CASE NO. 05-336-SLR, 05-337-SLR | |
|---|---|---|---|---|---|---|
| PLF NO | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| DTX | 2008 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 2011 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| TX | 101 | 2/13/07 | ADM 2/21 | YES | Klabunde, "Dipyridamole Inhibition of Adenosine Metabolism..." (Binkley) | |
| TX | 112 | 2/13/07 | adm 2/13 | YES | "Controlled Hypotension with Adenosine in Cerebral Aneurysm Surgery" (Binkley) | |
| TX | 42 | 2/13/07 | adm 2/12 | YES | under Binkley; see entry on pg 1 for description (Binkley) | |
| TX | 214 | 2/13/07 | ADM 2/20 | YES | "Alkylthioadenosines, Specific Coronary Vasodilators" (Binkley) | |
| TX | 1184 | 2/13/07 | ADM 2/20 | YES | "Noninvasive Detection of Subcritical Coronary Arterial Narrowings with a Coronary..."(Binkley) | |
| TX | 93 | 2/13/07 | ADM2/20 | YES | "Noninvasive Assessment of Coronary Stenoses by Myocardial Imaging During..." (Binkley) | |
| TX | 441 | 2/13/07 | adm 2/13 | obj/YES | "Adenosine Spares Platelets During Cardiopulmonary Bypass in Man..." (Binkley) | |
| TX | 255 | 2/13/07 | Adm 2/13 | YES | "Platelet Anti-aggregating and Hemodynamic Effects of Adenosine and ... (Binkley) | |
| TX | 88 | 2/13/07 | adm 2/22 | YES | "Relationship between arterial and venous adenosine levels and ..." (Binkley) | |
| DTX | 3001 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3002 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3003 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3004A-J | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3005 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3006A-E | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3007 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3008A-F | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3009A-C | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3010A-B | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3011A-C | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3012 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3013A-C | 2/13/07 | | YES | Demonstrative (Binkley) | |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | VS. | | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| DTX | 3014A-E | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3015 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3016A-H | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3017 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3018A-C | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3019 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3020A-D | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3022 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3024 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3025 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3026 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3027 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3028 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3029 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3030 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3031 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3032 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3033 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3034 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3035 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3036 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3037 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3038 | 2/13/07 | | YES | Demonstrative (Binkley) | |
| DTX | 3039A-B | 2/13/07 | | YES | Demonstrative (Binkley) | |

≈AO 187A (Rev. 7/87)                          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | vs. | | CASE NO. |
|---|---|---|---|---|---|---|
| | | | | | | 05-336-SLR, 05-337-SLR |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | DTX | 3040 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3041 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3042 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3043 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3044 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3045 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3046 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3047 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3048 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3049 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3050 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3051 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3052 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3053 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3055 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3056 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3057 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3058 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3059 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3060 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3061 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3062 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3063 | | 2/13/07 | YES | Demonstrative (Binkley) |
| | DTX | 3064 | | 2/13/07 | YES | Demonstrative (Binkley) |

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  | vs. |  | CASE NO.<br>05-336-SLR, 05-337-SLR |
|---|---|---|---|

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| TX | 308 | 2/13/07 |  | YES | Patent Application (Sollevi) |
| TX | 36 | 2/13/07 |  | YES | see entry on pg 1 for description (Sollevi) |
| TX | 112 | 2/13/07 |  | obj/yes | (Sollevi); also adm under Strauss 2/20/07 by Sicor (05-337); see entry on pg 2 for description |
| TX | 1169 | 2/13/07 |  | obj/yes | Owall et al., "Clinical Experience ..." (Sollevi); also adm 2/20/07 with Strauss (05-337-SLR) |
| TX | 436 | 2/13/07 |  | obj/yes | Letter to Sollevi from Berne, dated 12/4/1984(Sollevi) |
| TX | 439 | 2/13/07 |  | obj/yes | Letter to Berne from Sollevi, dated 1/15/1985 (Sollevi) |
| TX | 49 | 2/13/07 |  | obj/yes | Letter from R. Berne to Sollevi, dated 2/8/1985(Sollevi) |
| TX | 441 | 2/13/07 |  | obj/yes | see entry on pg 2 for description (Sollevi) |
| TX | 293 | 2/13/07 |  | obj/yes | Letter from Henze to Sollevi dated 11/22/1985 (Sollevi) |
| TX | 410 | 2/13/07 |  | obj/yes | Letter from Robiesek to Henze, dated 10/21/1985 (Sollevi) |
| TX | 411 | 2/13/07 |  | obj/yes | Letter from Henze to F. Robicsek, dated 11/22/1985(Sollevi) |
| TX | 413 | 2/13/07 |  | obj/yes | Letter from Sollevi to Robiesek, dated 12/11/1985(Sollevi) |
| TX | 412 | 2/13/07 |  | obj/yes | Translated Letter from Henze to Robiseek, dated 12/19/1985 (Sollevi) |
| TX | 265 | 2/13/07 |  | obj/yes | Letter from F. Robiscsek to A. Sollevi, dated 1-2-1986(Sollevi) |
| TX | 36 | 2/13/07 |  | YES | see entry on pg 1 for description (Sollevi) |
| TX | 255 | 2/13/07 |  | YES | see entry on pg 2 for description Sollevi) |
| TX | 1036 | 2/13/07 |  | obj/YES | "Adenosine Metabolism in Dog Whole Blood: Effects of Dipyridamole" (Klabunde) |
| TX | 101 | 2/13/07 | adm 2/21 | YES | see entry on pg 2 for description (Klabunde) |
| TX | 151 | 2/13/07 |  | obj/YES | "A Basis for Distinguishing Two Types of Purinergic Receptor    (Klabunde) |
| TX | 48 | 2/13/07 |  | obj/YES | (Klabunde); also adm under Strauss on 2/20/07 ( 05-337-SLR); see entry on pg1 for description |
| TX | 199 | 2/13/07 |  | obj/YES | "Myocardial reactive hyperemia; comparative effects of adenosine, ATP, ADP..."(Klabunde) |
| DTX | 2000 | 2/13/07 |  | obj/YES | Demonstrative (Klabunde) |
| TX | 320 | 2/20/07 |  | YES | U.S. Patent '877 (Strauss) |
| TX | 38 | 2/20/07 |  | YES | Gould, et al. "Noninvasive Assessment of Coronary Stenoses by Myocardial ..." (Strauss) |

Page 5 of 16 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | CASE NO. 05-336-SLR, 05-337-SLR | |
|---|---|---|---|---|---|---|
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| TX | 93 | 2/20/07 | | YES | see entry on pg 2 for description (Strauss) | |
| TX | 39 | 2/20/07 | | YES | Needleman, et al. Excerpt from Chapter 33: "Drugs Used for the Treatment of Angina:..." (Strauss) | |
| TX | 220 | 2/20/07 | | YES | Conradson, et al. "Cardiovascular effects of infused adenosine in man: ..." (Strauss) | |
| TX | 1171 | 2/20/07 | | YES | "Cardiovascular Effects of Adenosine in Man: Possible Clinical Implications" (Strauss) | |
| TX | 1208 | 2/20/07 | | YES | "Circulatory and respiratory effects of infused adenosine in conscious man" (Strauss) | |
| TX | 226 | 2/20/07 | | YES | Biaggioni, et al. "Cardiovascular and Respiratory Effects of Adenosine ..." (Strauss) | |
| TX | 1193 | 2/20/07 | adm 2/26 | YES | 4 June 1996 European Patent Office, re: Observations relating to European Patent App. (Strauss) | |
| TX | 47 | 2/20/07 | | YES | admitted on 2/21/07; see entry on page 1 for description (Strauss) | |
| TX | 46 | 2/20/07 | | YES | admitted on 2/21/07; see entry on page 1 for description (Strauss) | |
| TX | 217 | 2/20/07 | | YES | "The Coronary Circulation in Health and Disease", Melvin L. Marcus, M.D. (Strauss) | |
| TX | 45 | 2/20/07 | | YES/obj | admitted during cross of Strauss; see entry on page 1 for description (Strauss) | |
| DTX | 3065A- | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3068 | 2/20/07 | | YES | Demonstrative (Strauss) Did Fernands ask for 3068 twice | |
| DTX | 3120 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3121 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3113 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| | | | | | | |
| DTX | 3068 | 2/20/07 | | YES | (Admitted above) Demonstrative (Strauss) | |
| DTX | 3069 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3070 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3118 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3071 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3115 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3116 | 2/20/07 | | YES | Demonstrative (Strauss) | |

⚛AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| DTX | 3112 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3117 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3072 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3076 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| DTX | 3077 | 2/20/07 | | YES | Demonstrative (Strauss) | |
| TX | 246A | 2/20/07 | - | | (Strauss) | |
| TX | 35 | 2/20/07 | adm 2/12 | YES | see entry on pg 1 for description (Strauss) | |
| TX | 187 | 2/20/07 | | obj/YES | "The Effect of Adenosine on Cardiac Irregularities in Man" (Strauss) | |
| TX | 113 | 2/20/07 | adm2/13 | YES | see entry on pg 1 for description (Strauss) | |
| TX | 1184 | 2/20/07 | | YES | see entry on pg 2 for description (Strauss) | |
| TX | 214 | 2/20/07 | | obj/YES | see entry on pg 2 for description (Strauss) | |
| TX | 176 | 2/20/07 | | obj/YES | "Coronary Vasodilator Properties of Ethyl Adenosine..." (Strauss) | |
| TX | 259 | 2/20/07 | | obj/YES | "Trials with an adenosine analogue as antianginal medication" (Strauss) | |
| TX | 232 | 2/20/07 | | obj/YES | "Clinical application of myocardial imaging with thallium" (Strauss) | |
| TX | 245 | 2/20/07 | | obj/YES | "Quantitative Thallium-201 Redistribution with a Fixed Coronary Stenosis in Dogs" (Strauss) | |
| TX | 258 | 2/20/07 | | obj/YES | "Serial Thallium-201 Myocardial Imaging After Dipyridamole Infusion:..." (Strauss) | |
| TX | 373 | 2/20/07 | | obj/YES | "Myocardial Perfusion Studies: Lessons from a Decade of Clinical Use" (Strauss) | |
| TX | 314 | 2/20/07 | | obj/YES | Proceedings of the 38th Annual Meeting (Strauss) | |
| TX | 391 | 2/20/07 | | YES | "Noninvasive Assessment of Coronary Stenoses By Myocardial Perfusion Imaging ..." (Strauss) | |
| TX | 134 | 2/20/07 | | YES | "Physiologic Basis for Assessing Critical Coronary Stenosis" (Strauss) | |
| TX | 217 | 2/20/07 | | YES | see entry on pg 6 for description (Strauss) | |
| TX | 240 | 2/20/07 | adm 2/21 | YES | 48. Myocardial Imaging During Adenosine Infusion (Strauss) | |
| TX | 229 | 2/20/07 | | YES | "Dipyridamole cardiac imaging" (Strauss) | |
| TX | 168 | 2/20/07 | | YES | "Evaluation of coronary artery disease in the patient unable to exercise: ..." (Strauss) | |

Page 7 of 16 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | vs. | | CASE NO 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| TX | 67 | 2/20/07 | | obj/YES | (Strauss) |
| TX | 169 | 2/20/07 | adm 2/21 | YES | Letters to the Editor (Strauss) |
| TX | 1211 | 2/20/07 | adm 2/21 | YES | "Effects of adenosine on autonomic control of heart rate in man" (Strauss) |
| TX | 1192 | 2/20/07 | | YES | "Thallium-201 Myocardial Imaging During Coronary Vasodilation Indueed..." (Strauss) |
| TX | 129 | 2/20/07 | | YES | "Thallium-201 Myocardial Imaging During Pharmacologic Coronary Vasodilation:..." (Strauss) |
| DTX | 2016 | 2/20/07 | | YES | Demonstrative (Strauss) |
| TX | 300 | 2/20/07 | adm 2/21 | YES | "The Adenosine Saga: One More Piece of the Puzzle..." (Strauss) |
| DTX | 2017 | 2/20/07 | | YES | Demonstrative (Strauss) |
| TX | 103 | 2/20/07 | adm 2/21 | YES | " Safety Profile of Adenosine Stress Perfusion Imaging:..." (Strauss) |
| TX | 320 | 2/20/07 | adm 2/20 | YES | see entry on pg 5 for description (Strauss) |
| TX | 311 | 2/20/07 | | YES | PCT International Application (Strauss) |
| TX | 246 | 2/20/07 | adm 2/27 | YES | Expert Report of Dr. H. William Strauss (Strauss) |
| TX | 4 | 2/20/07 | adm 2/28 | YES | See entry on pg 15 for description (Strauss) |
| TX | 138 | 2/21/07 | | obj/YES | "Myocardial Perfusion Imaging" (Wackers) |
| TX | 170 | 2/21/07 | | YES | "Clinical Assessment of Myocardial Perfusion with Thallim-201" (Waekers) |
| TX | 171 | 2/21/07 | | YES | 21 Myocardial Perfusion Imaging (Wackers) |
| TX | 185 | 2/21/07 | | obj/YES | Wednesday, March 22, 1989 (Wackers) |
| TX | 1193 | 2/21/07 | adm 2/26 | YES/obj | see entry on pg 6 for description (Wackers) |
| TX | 1194 | 2/21/07 | | obj/YES | 9/15/1987 Letter to Saltzberg from Hilleman (Wackers) |
| TX | 57 | 2/21/07 | | YES | "Clinical Utility of Adenosine In Radionuclide Myocardial Imaging" (Wackers) |
| TX | 60 | 2/21/07 | | obj/YES | 10/22/1987 Letter to Mehr from Lawler (Wackers) |
| TX | 52 | 2/21/07 | | YES | Adenoscan Original IND (Wackers) |
| TX | 54 | 2/21/07 | | obj/YES | Telephone Contact Report (Wackers) |
| TX | 295 | 2/21/07 | | YES | Appendix Meco Research, Inc. Patient Listing of Demographic/Medical History (Wackers) |

%AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | vs. | | | CASE NO.<br>05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLT.<br>NO. | DEF<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | \multicolumn{2}{l}{DESCRIPTION OF EXHIBITS AND WITNESSES} |
| TX | 296 | 2/21/07 | | YES | \multicolumn{2}{l}{Appendix Medco Research, Inc. Study Patient Listing of Demographics Med. History (Wackers)} |
| TX | 5011 | 2/21/07 | adm 2/26 | YES | \multicolumn{2}{l}{Clinical Nuclear Cardiology 3rd Edition (Wackers)} |
| DTX | 2003 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2023 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2006 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2022 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2025 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2024 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2026 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2018 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2019 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2027 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| DTX | 2017 | 2/21/07 | adm 2/20 | YES | \multicolumn{2}{l}{Demonstrative (Wackers) already admitted} |
| DTX | 2028 | 2/21/07 | | YES | \multicolumn{2}{l}{Demonstrative (Wackers)} |
| TX | 5001 | 2/21/07 | - | | \multicolumn{2}{l}{(Klabunde)} |
| TX | 5003 | 2/21/07 | | YES/obj | \multicolumn{2}{l}{"Effects of dipyridamole on postischemic vasodilation and extracellular adenosine" (Klabunde)} |
| TX | 5000 | 2/21/07 | | YES/obj | \multicolumn{2}{l}{"Dromotropic effects of adenosine and adenosine antagonists in the treatment of ..." (Klabunde)} |
| TX | 88 | 2/21/07 | | YES | \multicolumn{2}{l}{see entry on pg 2 for description (Klabunde)} |
| TX | 1173 | 2/22/07 | | YES | \multicolumn{2}{l}{"Theophylline antagonizes cardiovascular responses to dipyridamole in man.." (Klabunde)} |
| TX | 236 | 2/22/07 | | YES | \multicolumn{2}{l}{"Central and Splanchnic Hemodynamics in the Dog during Controlled ..." (Klabunde)} |
| TX | 152 | 2/22/07 | adm 2/26 | YES | \multicolumn{2}{l}{Chapter 11 The Classification of Receptors for Adenosine and Adenine Nucleotides (Klabunde)} |
| TX | 5009 | 2/22/07 | | YES/obj | \multicolumn{2}{l}{Cardiovascular Physiology Concepts Chapter 7 (Klabunde)} |
| TX | 50 | 2/22/07 | - | | \multicolumn{2}{l}{(Klabunde)} |
| TX | 126 | 2/22/07 | | YES | \multicolumn{2}{l}{"A Proposal for the Role of Ecto-enzymes and Adenylates in Traumatic Shock" (Klabunde)} |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | vs. | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| TX | 5004 | 2/22/07 | | YES/obj | "Conditions for dipyridamole potentiation of skeletal muscle active hyperemia" (Klabunde) | |
| TX | 75 | 2/22/07 | | YES | Adenoscan package insert     (White) | |
| TX | 19 | 2/22/07 | | YES | SEALED -confidential     (White) | |
| DTX | 2014 | 2/22/07 | | YES | SEALED -confidential     (White) | |
| TX | 330 | 2/22/07 | | YES | Fujisawa Annual Report 2000(White) | |
| TX | 21 | 2/22/07 | | YES | Chart abstracted from The Myocardial Perfusion Study Monthly Monitor (White) | |
| TX | 92 | 2/22/07 | | YES | SEALED -confidential (White) | |
| TX | 365 | 2/22/07 | | YES | Focus on Women (White) | |
| TX | 224 | 2/22/07 | | YES | January 2001 The Use of Myocardial Perfusion Imaging (White) | |
| TX | 222 | 2/22/07 | | YES | 2004 Changing Perceptions: Women and Cad (White) | |
| TX | 359 | 2/22/07 | | YES | Looking Inside Her Heart (White) | |
| TX | 1242 | 2/22/07 | | YES | SEALED - confidential (White) | |
| TX | 1226 | 2/22/07 | | YES | SEALED - confidential(White) | |
| DTX | 5012 | 2/22/07 | | obj/YES | SEALED - confidential(White) | |
| TX | 1044 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1045 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1227 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1233 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1234 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1235 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1236 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1237 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1238 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1239 | 2/22/07 | | YES | SEALED - confidential(White) | |

⚛AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| TX | 1240 | 2/22/07 | | YES | SEALED - confidential(White) | |
| TX | 1241 | 2/22/07 | | YES | SEALED - confidential(White) | |
| DTX | 3073 | -3075 2/26/07 | | YES | Demonstrative | |
| DTX | 3078 | -3087 2/26/07 | | YES | Demonstrative | |
| DTX | 3090 | 2/26/07 | | YES | Demonstrative | |
| DTX | 3091 | 2/26/07 | | YES | Demonstrative | |
| DTX | 3112 | 2/26/07 | adm 2/20 | YES | Demonstrative -see entry on pg 7 | |
| DTX | 3113 | 2/26/07 | adm 2/20 | YES | Demonstrative-see entry on pg 6 | |
| DTX | 3115 | -3118 2/26/07 | adm 2/20 | YES | Demonstrative-see entries on pgs 6-7 | |
| TX | 1177 | 2/26/07 | | YES | "Intravenous Dipyridamole Combined With Isometric Handgrip for Near Maximal..." (Binkley) | |
| TX | 1173 | 2/26/07 | adm 2/22 | YES | see entry on pg 9 for description (Binkley) | |
| TX | 26 | 2/26/07 | | YES | see entry on page 1 for description (Binkley) | |
| TX | 43 | 2/26/07 | | YES | Rebuttal Expert Report of Philip F. Binkley, M.D., M.P.H. (Binkley) | |
| TX | 43a | 2/26/07 | - | | (Binkley) | |
| TX | 26a | 2/26/07 | - | | (Binkley) | |
| TX | 152 | 2/26/07 | | YES | see entry on pg 9 for description (Binkley) | |
| TX | 5013 | 2/26/07 | | YES | (Binkley) | |
| TX | 1212 | 2/26/07 | | YES | Module 6: Adenoscan Pharmacologic Stress (Klose) | |
| TX | 70 | 2/27/07 | | YES | Rebuttal Expert Report of Dr. H. William Strauss | |
| TX | 246 | 2/27/07 | | YES | see entry on pg 8 for description | |
| TX | 1078 | 2/27/07 | adm 2/28 | YES | See entry on pg 13 for description (Leffler) | |
| TX | 1151 | 2/27/07 | adm 2/28 | YES | See entry on pg 14 for description (Leffler) | |
| TX | 1077 | 2/27/07 | adm 2/28 | YES | See entry on pg 13 for description (Leffler) | |
| DTX | 3130- | 3137 2/27/07 | | YES | Demonstrative (Leffler) | |

Page 11 of 16 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | | CASE NO.<br>05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF. NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| DTX | 3143 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| DTX | 3148 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| DTX | 3151 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| TX | 447 | 2/27/07 | - | | Opinion (Leffler) | |
| TX | 446 | 2/27/07 | - | | Opinion (Leffler) | |
| TX | 448 | 2/27/07 | - | | Opinion (Leffler) | |
| TX | 331 | 2/27/07 | | YES | Annual Report (Leffler) | |
| TX | 1128 | 2/27/07 | adm 2/28 | YES | See entry on pg 14 for description (Leffler) | |
| TX | 1245 | 2/27/07 | - | | (Leffler) | |
| TX | 1235 | 2/27/07 | - | | (Leffler) | |
| TX | 1236 | 2/27/07 | - | | (Leffler) | |
| DTX | 3127 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| DTX | 2031 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| DTX | 2032 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| DTX | 2048 | 2/27/07 | | YES | Demonstrative (Leffler) | |
| TX | 142 | 2/27/07 | | YES | General Method of Data Collection (Hay) | |
| TX | 24 | 2/27/07 | | YES | "Persuasion of Information? The Economics of Prescription Drug Advertising" (Hay) | |
| TX | 1165 | 2/27/07 | | YES | 10-02 Prescription Drugs FDA Oversight of Direct-To-Consumer Advertising…(Hay) | |
| DTX | 2029- 2034 | 2/27/07 | | YES | Demonstrative (Hay) | |
| DTX | 2036 | 2/27/07 | | YES | Demonstrative (Hay) | |
| DTX | 2040 -2042 | 2/27/07 | | YES | Demonstrative (Hay) | |
| DTX | 2047 | 2/27/07 | | YES | Demonstrative (Hay) | |
| DTX | 2043 | 2/27/07 | | YES | Demonstrative (Hay) | |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| TX | 1055 | 2/28/07 | | YES | SEALED | |
| TX | 1077 | 2/28/07 | | YES | SEALED | |
| TX | 1078 | 2/28/07 | | YES | SEALED | |
| TX | 1079 | 2/28/07 | | YES | SEALED | |
| TX | 1150 | 2/28/07 | | YES | SEALED | |
| TX | 1160 | 2/28/07 | | YES | SEALED | |
| TX | 1047 | 2/28/07 | | YES | Fujisawa Healthcare, Inc. Check No. 555628 | |
| TX | 1048 | 2/28/07 | | YES | Consulting Agreement | |
| TX | 1061 | 2/28/07 | | YES | Letter to Jerry Olszewski from M. El Shahawy, M.D. | |
| TX | 1073 | 2/28/07 | | YES | Fujisawa Healthcare, Inc. Check Requisition | |
| TX | 1060 | 2/28/07 | | YES | American Society of Nuclear Cardiology to Leppo, M.D. from Olszewski | |
| TX | 1081 | 2/28/07 | | YES | Fujisawa USA, Inc. Check Requisition | |
| TX | 1082 | 2/28/07 | | YES | Fujisawa USA, Inc. Check Requisition | |
| TX | 1115 | 2/28/07 | | YES | 2/3/03 Letter to Olszewski from Ami E. Iskandrian, M.D. | |
| TX | 1116 | 2/28/07 | | YES | 3/6/96 Letter to Olszewski from Ami E. Iskandrian, M.D. | |
| TX | 1117 | 2/28/07 | | YES | 7/1/97 Letter to Olszewski from Ami E. Iskandrian, M.D. | |
| TX | 1118 | 2/28/07 | | YES | 3/3/1998 Letter to Olszewski from Ami E. Iskandrian, M.D. | |
| TX | 1119 | 2/28/07 | | YES | 3/31/2000 Letter to Olszewski from Iskandrian, M.D. | |
| TX | 1120 | 2/28/07 | | YES | 4/16/1997 Letter to Olszewski from Daniel E. Hilleman | |
| TX | 1121 | 2/28/07 | | YES | 6/19/1997 Letter to Olszewski from Daniel E. Hilleman | |
| TX | 1122 | 2/28/07 | | YES | 1/23/1997 Letter to Olszewski from Daniel E. Hilleman | |
| TX | 1123 | 2/28/07 | | YES | 1/12/96 Letter to Olszewski from Daniel E. Hilleman | |
| TX | 1124 | 2/28/07 | | YES | 10/31/1995 Letter to Fujisawa USA, Inc. From Hilleman | |
| TX | 1126 | 2/28/07 | | YES | 6/9/97 Letter to Hilleman from Stefanov | |

Page 13 of 16 Pages

≈AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | VS. | | | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| TX | 1127 | 2/28/07 | | YES | 10/2/95 Letter to Hilleman from Stefanov | |
| TX | 1128 | 2/28/07 | | YES | 12/22/95 Letter to Olszewski from Leppo, M.D. | |
| TX | 1132 | 2/28/07 | | YES | 1/2/96 Letter to Iskandrian, M.D. from Olszewski | |
| TX | 1134 | 2/28/07 | | YES | 7/29/99 Letter to Iskandrian, M.D. from Olszewski | |
| TX | 1135 | 2/28/07 | | YES | 10/7/96 Letter to Hilleman from Olszewski | |
| TX | 1136 | 2/28/07 | | YES | 11/17/95 Letter to Hilleman from Olszewski | |
| TX | 1137 | 2/28/07 | | YES | 3/27/97 Letter to Hilleman from Olszewski | |
| TX | 1138 | 2/28/07 | | YES | 2/26/96 Letter to Hilleman from Olszewski | |
| TX | 1140 | 2/28/07 | | YES | 12/9/96 Letter to Shahawy, M.D. from Olszewski | |
| TX | 1141 | 2/28/07 | | YES | 4/5/96 Letter to Mohiuddin, M.D. from Olszewski | |
| TX | 1142 | 2/28/07 | | YES | 8/28/98 Letter to Olszewski from Cerqueira, M.D. | |
| TX | 1144 | 2/28/07 | | YES | 6/5/00 Letter to Lang from Mohiuddin, M.D. | |
| TX | 1147 | 2/28/07 | | YES | "Outcomes and Costs of Positron Emission Tomography: Comparison of Intravenous Adenosin  " | |
| TX | 1148 | 2/28/07 | | YES | 10/30/97 Memo to: Jim Grossman from Bill Nelligan | |
| TX | 1149 | 2/28/07 | | YES | Memo to: Leppo, M.D. from Olszewski | |
| TX | 1151 | 2/28/07 | | YES | To: Rick White from Olszewski 2/2/95, Subject: April Activity Report | |
| TX | 1153 | 2/28/07 | | YES | To: Elsmore, et al. From Sage re: Lecture summary by Dr. Heller 10/16/01 | |
| TX | 1155 | 2/28/07 | | YES | Release Agreement | |
| TX | 1156 | 2/28/07 | | YES | Release Agreement | |
| TX | 1158 | 2/28/07 | | YES | Script for Meeting with FUSA | |
| TX | 1194 | 2/28/07 | | YES | 9/15/87 Letter to Salzberg from Hilleman | |
| TX | 1195 | 2/28/07 | | YES | 1/9/89 Letter to Mohiuddin, M.D. from Dr. Blevins | |
| TX | 1197 | 2/28/07 | | YES | 12/9/87 Letter to Food and Drug Adminstration from Govier, M.D. submitting request for new IND | |

Page 14 of 16 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | vs. | | CASE NO. 05-336-SLR, 05-337-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| TX | 4 | 2/28/07 | | YES | Abbreviated New Drug Application 12/6/04 | |
| TX | 5 | 2/28/07 | | YES | 8/2/89 Letter to Hilleman, M.D. from Dr. Blevins | |
| TX | 7 | 2/28/07 | | YES | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use | |
| TX | 12 | 2/28/07 | | YES | 4/16/05 Letter from Sicor to Astellas, Item and Fujisawa | |
| TX | 53 | 2/28/07 | | YES | 12/31/87 Letter to Salzberg from White, M.D. | |
| TX | 55 | 2/28/07 | | YES | 5/19/88 Letter to Lipicky, M.D. from Salzberg | |
| TX | 58 | 2/28/07 | | YES | Study C 1 | |
| TX | 59 | 2/28/07 | | YES | U.S. Department of Commerce Patent and Trademark Office Fee Record Sheet | |
| TX | 62 | 2/28/07 | | YES | Assignment filed 8/11/88 | |
| TX | 63 | 2/28/07 | | YES | Assignment | |
| TX | 65 | 2/28/07 | | YES | Declaration and Power of Attorney For Patent Application | |
| TX | 69 | 2/28/07 | | YES | "Cost-Minimization Analysis of Intravenous Adenosine and Dipyridamole in Thallous Chloride …" | |
| TX | 76 | 2/28/07 | | YES | "Thallium-201 Myocardial Imaging In Patients with Coronary Artery Disease: …" | |
| TX | 77 | 2/28/07 | | YES | "Safety of Different Dosages of Intravenous Adenosine Used In Conjunction with …" | |
| TX | 79 | 2/28/07 | | YES | Declaration and Power of Attorney for Patent Application | |
| TX | 115 | 2/28/07 | | YES | 2/17/01 Memo to: Olszeski from Bill Nelligan | |
| TX | 351 | 2/28/07 | | YES | First Ntc. Of Deposition of Sicor, Inc. And Sicor Pharmaceuticals, Inc. | |
| TX | 353 | 2/28/07 | | YES | Third Ntc. Of Deposition of Sicor, Inc. And Sicor Pharmaceuticals, Inc. | |
| TX | 354 | 2/28/07 | | YES | First Ntc. Of Dsposition of Sicor, Inc,. And Sicor Pharmaceuticals, Inc. | |
| TX | 356 | 2/28/07 | | YES | Third Notice of Deposition of Sicor, Inc. And Sicor Pharmaceutical, Inc. | |
| Court | 1 | 2/28/07 | | YES | Stipulation re deposition testimony of Barry L. Zaret with objs | |
| Court | 2 | 2/28/07 | | YES | Stipulation re deposition testimony of Syed Mohiuddin | |
| Court | 3 | 2/28/07 | | YES | Stipulation re deposition testimony of Syed Mohiuddin with objs | |
| Court | 4 | 2/28/07 | | YES | Stipulation re deposition testimony of Gail Salzberg with objs. | |

Page 15 of 16 Pages

%AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| | | | | | | 05-336-SLR, 05-337-SLR |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| Court | 5 | 2/28/07 | | YES | Stipulation re deposition testimony of Daniel Hilleman with objs | |
| Court | 6 | 2/28/07 | | YES | Stipulation re deposition testimony of Roger Blevins with objs | |
| Court | 7 | 2/28/07 | | YES | Stipulation re deposition testimony of Sonia Hernandez with objs | |
| Court | 8 | 2/28/07 | | YES | Stipulation re deposition testimony of Leonard Rosenberg with objs | |
| Court | 9 | 2/28/07 | | YES | Stipulation re deposition testimony of Craig Lea with objs | |
| Court | 10 | 2/28/07 | | YES | Stipulation re deposition testimony of Jerry Olszewski with objs | |
| Court | 11 | 2/28/07 | | YES | Stipulation re Mr. Mattsson with objs | |

Page 16 of 16 Pages