**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-336 SLR |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., | ) ) ) ) ) | Civil Action No. 05-337 SLR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the post-trial briefing schedule will be amended as follows:

(1) Opening Post-Trial Briefs, Proposed Findings of Fact and Conclusions of Law       May 9, 2007

(2) Responsive Post-Trial Briefs, Findings of Fact and Conclusions of Law.       June 13, 2007

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Karen E. Keller |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | Karen E. Keller #4489 |
| MORRIS JAMES LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 500 Delaware Avenue, Suite 1500 | The Brandywine Building |
| Wilmington, DE 19801-1494 | 1000 West Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 571-6672 |
| mmatterer@morrisjames.com | jingersoll@ycst.com |
| *Attorneys for Plaintiffs* | kkeller@ycst.com |
| *Astellas US LLC and* | *Attorneys for Defendants* |
| *Astellas Pharma US, Inc.* | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

   /s/ David E. Brand
Paul M Lukoff #96
David E. Brand #201
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6520
pmlukoff@prickett.com
debrand@prickett.com
*Attorneys for Plaintiff*
*Item Development AB*


   /s/ Paul E. Crawford
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*


**SO ORDERED** this _____ day of March, 2007.

_____
The Honorable Sue L. Robinson