# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 05-337 SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the issue of whether the present case is an exceptional case and whether Plaintiffs are entitled to reasonable attorneys fees under 35 U.S.C. § 285 shall be severed for separate trial at a time to be set by the Court after the conclusion of the first trial.

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Karen E. Keller |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | John W. Shaw #3362 |
| MORRIS JAMES LLP | Karen E. Keller #4489 |
| 500 Delaware Avenue, Suite 1500 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Wilmington, DE 19801-1494 | The Brandywine Building |
| (302) 888-6800 | 1000 West Street |
| rherrmann@morrisjames.com | Wilmington, DE 19801 |
| mmatterer@morrisjames.com | (302) 571-6672 |
| *Attorneys for Plaintiffs* | jingersoll@ycst.com |
| *Astellas US LLC and* | jshaw@ycst.com |
| *Astellas Pharma US, Inc.* | kkeller@ycst.com |
| | *Attorneys for Defendants* |
| | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

   /s/ Paul E. Crawford
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*

           **SO ORDERED** this _____ day of April, 2007.

                                            _____
                                            The Honorable Sue L. Robinson