IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-337 SLR |

**STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING PAGE LIMITS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the post-trial briefing page limitations will be as follows:

(1)  Opening Post-Trial Brief                                 45 pages

(2)  Responsive Post-Trial Brief                              45 pages

(3)  In addition, the parties will submit Opening and Responsive Proposed Findings of Fact and Conclusions of Law without page limits.

/s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*

/s/ Karen E. Keller
Josy W. Ingersoll #1088
John W. Shaw #3362
Karen E. Keller #4489
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 571-6672
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendants*
*Sicor Inc. and*
*Sicor Pharmaceuticals, Inc.*

/s/ Paul E. Crawford
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*

**SO ORDERED** this _____ day of May, 2007.

_____
The Honorable Sue L. Robinson