IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KING PHARMACEUTICALS RESEARCH      )
AND DEVELOPMENT, INC., ASTELLAS US  )
LLC, and ASTELLAS PHARMA US, INC.   )
                                     )
        Plaintiffs,              )
                                     )
        v.                        )     Civil Action No. 05-337 SLR
                                     )
SICOR INC. and SICOR                 )
PHARMACEUTICALS, INC.                )
                                     )
        Defendants.              )
                                     )

**COMPENDIUM TO
DEFENDANTS SICOR INC. AND SICOR PHARMACEUTICALS INC.'S
POST TRIAL BRIEF**

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Of Counsel:

David M. Hashmall, P.C.
Annemarie Hassett
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Attorneys for Defendants SICOR INC. and
SICOR PHARMACEUTICALS, INC.

Dated:  May 9, 2007

## <u>TABLE OF CONTENTS</u>

*KSR Int'l Co. v. Teleflex Inc.*,
550 U.S. --- (2007) ...................................................................................................................1

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Crawford, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on May 9, 2007, I caused copies of the foregoing document to be served by hand on the above-listed counsel and on the following in the manner indicated:

### BY E-MAIL ON MAY 9, 2007 AND FEDERAL EXPRESS ON MAY 10, 2007

Charles E. Lipsey, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Brian M. Poissant, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*