IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  05-337 SLR |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time for the parties to file their respective Responsive Post-Trial Briefs and Responsive Proposed Findings of Fact and Conclusions of Law is extended through and including June 19, 2007.

| | |
|---|---|
| _/s/ Mary B. Matterer_ | _/s/ Karen E. Keller_ |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | John W. Shaw #3362 |
| MORRIS JAMES LLP | Karen E. Keller #4489 |
| 500 Delaware Avenue, Suite 1500 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Wilmington, DE 19801-1494 | The Brandywine Building |
| (302) 888-6800 | 1000 West Street |
| rherrmann@morrisjames.com | Wilmington, DE  19801 |
| mmatterer@morrisjames.com | (302) 571-6672 |
| *Attorneys for Plaintiffs* | jingersoll@ycst.com |
| *Astellas US LLC and* | jshaw@ycst.com |
| *Astellas Pharma US, Inc.* | kkeller@ycst.com |
| | *Attorneys for Defendants* |
| | *Sicor Inc. and* |
| | *Sicor Pharmaceuticals, Inc.* |

  */s/ Paul E. Crawford*
Paul E. Crawford #493
Patricia Smink Rogowski # 2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
pcrawford@cblh.com
progowski@cblh.com
*Attorneys for Plaintiff*
*King Pharmaceuticals Research*
*and Development, Inc.*

        **SO ORDERED** this _____ day of June, 2007.

                                                  The Honorable Sue L. Robinson