# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
  (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

July 11, 2007

<u>VIA CM/ECF</u>

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *King Pharmaceuticals et al. v. Sicor Inc., et al.,*
<u>Civil Action No. 05-337-SLR</u>

Dear Judge Robinson:

This firm, along with Goodwin Procter LLP, represents Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. ("collectively Sicor") in the above-captioned case. I write in response to the June 29, 2007 submission to the Court by Plaintiffs Astellas US LLC, Astellas Pharma US, Inc., and King Pharmaceuticals Research and Development, Inc. (collectively "Plaintiffs"), which seeks to bring to the Court's attention a recent Federal Circuit case, *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, No. 06-1329 (Fed. Cir. June 28, 2007). Sicor disagrees that *Takeda* is pertinent authority here and instead believes that *Takeda* is readily distinguishable on a number of grounds.

The analysis in *Takeda* is inapposite here because it is expressly directed to the obviousness of claims involving structural features of a pharmaceutical compound. Claims to chemical compounds are evaluated under a specific set of standards, as the courts have long given special consideration to medicinal chemistry as an especially unpredictable art. *See* D.I. 154, slip op. at 9. In *Takeda*, the claims at issue concerned "new chemical compounds" that resulted from "specific molecular modifications" to a "lead compound" during the

Young Conaway Stargatt & Taylor, LLP
July 11, 2007
Page 2

pharmaceutical development process. *See, e.g.*, D.I. 154, slip op. at 9-10. *Takeda* repeatedly refers to a motivation to select a lead compound as a requirement for finding that a claimed chemical compound is obvious. *See, e.g.*, D.I. 154, slip. op. at 5. *Takeda* likewise emphasizes the need to identify a reason that would have led a chemist to modify the lead compound "in a particular manner" in order to establish a *prima facie* case of obviousness. *See, e.g.*, D.I. 154, slip op. at 10.

By contrast, the asserted claims in this case are directed, not to any new chemical compound, but to methods of use of a naturally-occurring substance (adenosine) that has been known for decades. The standards for new chemical compounds, including the selection of a "lead compound," simply do not apply. The asserted claims recite only a method of use of an old compound, involving the simple substitution of the direct-acting agent (adenosine) for the indirect acting agent (dipyridamole). The guidance set forth in *Takeda* concerning the structural obviousness of new chemical compounds is thus irrelevant to this case, as no compound claims are at issue here.

Moreover, and contrary to Plaintiffs' suggestion, the Federal Circuit did not advocate a broad return to the teaching, suggestion, or motivation ("TSM") test. Such a return would be contrary to the Supreme Court's clear directive in *KSR v. Int'l Co. v. Teleflex Inc.*, 127 S. Ct. 1727 (2007). In *Takeda*, the Federal Circuit echoed the Supreme Court's instruction that the TSM test should not be applied as a "rigid and mandatory formula" and carefully limited its holding to obviousness of chemical compounds. *See* D.I. 154, slip op. at 10. As discussed above, the present case does not concern the narrow category of chemical compound patents. Accordingly, the more flexible test set forth in *KSR*, which takes into account "inferences and creative steps that a person of ordinary skill in the art would employ" should be applied. *KSR*, 127 S. Ct. 1741.

Sicor will be prepared to discuss the distinctions between *Takeda* and the present case during the oral argument to be held on July 27th.

Respectfully submitted,

Karen E. Keller (#4489)

cc:  Clerk of the Court (by CM/ECF and hand delivery)
     Charles E. Lipsey, Esq. (by electronic mail)
     Jonathan A. Meunkel, Esq. (by electronic mail)
     Mary B. Matterer, Esq. (by CM/ECF and electronic mail)
     Annemarie Hassett, Esq. (by electronic mail)