IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SICOR INC., and SICOR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-337 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL**

Pursuant to Local Rule 83.7, Defendants, SICOR Inc. and SICOR Pharmaceuticals, Inc. ("SICOR") hereby notify the Court that Anastasia M. Fernands, previously admitted *pro hac vice*, is withdrawing as counsel for SICOR in this action.

The undersigned Delaware counsel, as well as other *pro hac vice* counsel of record (David M. Hashmall, Annemarie Hassett, Melanie R. Rupert, Gregory T. Sandidge, Don M. Kennedy, Kirsten V. K. Robbins, and Laurie L. Levin, all of Goodwin Procter LLP), remain counsel of record for SICOR in this action.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 17, 2007

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

**GOODWIN PROCTOR LLP**
David M. Hashmall, P.C.
Annemarie Hassett
599 Lexington Avenue
New York, NY 10022
Telephone: 212-813-8800

*Attorneys for Defendants SICOR Inc. and SICOR Pharmaceuticals, Inc.*

DB01:2440851.1    058956.1016

**CERTIFICATE OF SERVICE**

  I, Karen L. Pascale, Esquire, hereby certify that on August 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Paul Crawford, Esquire<br> [pcrawford@cblh.com]<br>CONNOLLY BOVE LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Richard K. Herrmann, Esquire<br> [rherrmann@morrisjames.com]<br>Mary B. Matterer, Esquire<br> [mmatterer@morrisjames.com]<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

  I further certify that on August 17, 2007, I caused copies of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel and on the following in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Charles E. Lipsey, Esquire<br> [charles.lipsey@finnegan.com]<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | Susan H. Griffen, Esquire<br> [susan.griffen@finnegan.com]<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413 |
| Brian M. Poissant, Esquire<br> [bmpoissant@jonesday.com]<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017 | |

 

                   **YOUNG CONAWAY STARGATT & TAYLOR LLP**

August 17, 2007          /s/ Karen L. Pascale
                   Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
                   John W. Shaw (No. 3362) [jshaw@ycst.com]
                   Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                   Karen E. Keller (No. 4489) [kkeller@ycst.com]
                   The Brandywine Building
                   1000 West St., 17th Floor
                   P.O. Box 391
                   Wilmington, Delaware 19899-0391
                   Telephone:  302-571-6600
                   *Attorneys for Defendants*