IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-337-SLR |
| SICOR INC., and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL**

Pursuant to Local Rule 83.7, Defendants, SICOR Inc. and SICOR Pharmaceuticals, Inc.

("SICOR") hereby notify the Court that Melanie R. Rupert, previously admitted *pro hac vice*, is

withdrawing as counsel for SICOR in this action.

The undersigned Delaware counsel, as well as other *pro hac vice* counsel of record

(David M. Hashmall, Annemarie Hassett, Gregory T. Sandidge, Don M. Kennedy, Kirsten V. K.

Robbins, and Laurie L. Levin, all of Goodwin Procter LLP), remain counsel of record for SICOR

in this action.

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale

September 27, 2007

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

058956.1016

2

**GOODWIN PROCTOR LLP**
David M. Hashmall, P.C.
Annemarie Hassett
599 Lexington Avenue
New York, NY  10022
Telephone:  212-813-8800

*Attorneys for Defendants SICOR Inc. and*
*SICOR Pharmaceuticals, Inc.*

2

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 27, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul Crawford, Esquire
 [pcrawford@cblh.com]
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann, Esquire
 [rherrmann@morrisjames.com]
Mary B. Matterer, Esquire
 [mmatterer@morrisjames.com]
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on September 27, 2007, I caused copies of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel and on the following in the manner indicated:

## BY E-MAIL

Charles E. Lipsey, Esquire
 [charles.lipsey@finnegan.com]
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Susan H. Griffen, Esquire
 [susan.griffen@finnegan.com]
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4413

Brian M. Poissant, Esquire
 [bmpoissant@jonesday.com]
JONES DAY
222 East 41st Street
New York, NY 10017

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

September 27, 2007

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
*Attorneys for Defendants*