IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS U.S. LLC, and ASTELLAS PHARMA US, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-0337-SLR |
| v. | ) ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs King Pharmaceuticals Research and Development, Inc., Astellas US LLC and Astellas Pharma US, Inc. hereby move this Court for entry of the Consent Judgment attached hereto as Exhibit A. In support of this motion, Plaintiffs state that the parties have reached a settlement agreement which is contemporaneously filed under seal with this motion. The defendants do not object to this motion.

Dated: October 22, 2007

<table>
<tr><td>

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Susan H. Griffen
David P. Frazier
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C.  20001-4413
(202) 408-4000

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*

</td><td>

    */s/ Paul E. Crawford*
Paul E. Crawford #493
Patricia Smink Rogowski #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
pcrawford@cblh.com

F. Dominic Cerrito
Brian Poissant
JONES DAY
222 E. 41st Street
New York, NY  10017
(212) 326-3939

*Attorneys for Plaintiff*
*King Pharmaceuticals Research and*
*Development, Inc.*

</td></tr>
</table>