# EXHIBIT A

Case 1:05-cv-00337-SLR    Document 159-2    Filed 10/22/2007    Page 1 of 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ASTELLAS U.S. LLC, and ASTELLAS PHARMA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-0337-SLR |

**JUDGMENT AND INJUNCTION ON CONSENT**

Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. (hereinafter collectively "Astellas") and King Pharmaceuticals Research and Development, Inc. (hereinafter "King") and Defendants Sicor Inc. and Teva Parenteral Medicines, Inc. (formerly known as Sicor Pharmaceuticals, Inc.)" (hereinafter collectively "Sicor"), have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

It is HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. With respect to Count II of the Complaint herein, seeking a declaratory judgment of infringement under 35 U.S.C. § 271(b) and (c), Sicor admits for itself and its Affiliates (as defined in the Settlement Agreement) that claims 23 as read through claim 17, 23 as read through claim 18, and 43 of U.S. Patent No. 5,070,877 (the "Asserted Claims") would be infringed by use, importation, offer for sale, or sale of the adenosine product, Adenosine Injection, USP labeled for use in myocardial perfusion imaging described in Sicor's Abbreviated New Drug Application No. 77-425 (the "Sicor ANDA Product"), except as provided in the Settlement Agreement.

3. Sicor further admits for itself and its Affiliates (as defined in the Settlement Agreement) that the Asserted Claims are valid and enforceable as to the Sicor ANDA Product and any product only colorably different therefrom.

4. Sicor and its Affiliates (as defined in the Settlement Agreement) shall not market the Sicor ANDA Product except as provided in the Settlement Agreement.

5. Counts I and III of the Complaint herein, seeking a judgment of infringement under 35 U.S.C. § 271(e)(2), are dismissed without prejudice.

6. This Court retains jurisdiction to enforce or supervise performance under this Judgment and Injunction on Consent and the Settlement Agreement.

7. Each party shall bear its own costs and attorneys' fees.

Dated: October 22, 2007

| | |
|---|---|
| _/s/ Richard K. Herrmann_ | _/s/ Karen L. Pascale_ |
| Approved as to form: | Approved as to form: |
| | |
| Richard K. Herrmann #405 | Josy W. Ingersoll #1088 |
| Mary B. Matterer # 2696 | Karen L. Pascale #2903 |
| MORRIS JAMES LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 500 Delaware Avenue, Suite 1500 | The Brandywine Building |
| Wilmington, DE 19801-1494 | 1000 West Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 571-6672 |
| mmatterer@morrisjames.com | jingersoll@ycst.com |
| | kpascale@ycst.com |
| Charles E. Lipsey | |
| FINNEGAN, HENDERSON, FARABOW, | David M. Hashmall, P.C. |
|   GARRETT & DUNNER, LLP | Annemarie Hassett |
| Two Freedom Square | GOODWIN PROCTOR LLP |
| 11955 Freedom Drive | 599 Lexington Avenue |
| Reston, VA 20190-5675 | New York, NY 10022 |
| (571) 203-2700 | dhashmall@goodwinproctor.com |
| | ahassett@goodwinproctor.com |
| Susan H. Griffen | |
| David P. Frazier | *Attorneys for Defendants* |
| FINNEGAN, HENDERSON, FARABOW, | *Sicor Inc. and* |
|   GARRETT & DUNNER, LLP | *Sicor Pharmaceuticals, Inc.* |
| 901 New York Avenue | |
| Washington, D.C. 20001-4413 | |
| (202) 408-4000 | |

*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma US, Inc.*

   */s/ Paul E. Crawford*
Approved as to form:

Paul E. Crawford #493
Patricia Smink Rogowski #2632
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
progowski@cblh.com

F. Dominic Cerrito
Brian Poissant
JONES DAY
222 E. 41st Street
New York, NY  10017
(212) 326-3939

*Attorneys for Plaintiff*
*King Pharmaceuticals Research and*
*Development, Inc.*


          **SO ORDERED** this ____ day of _____ , 2007.


                                                    _____
                                                    United States District Judge