IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITEM DEVELOPMENT AB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) Civ. No. 05-336-SLR | |
| | ) | |
| SICOR INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) Civ. No. 05-337-SLR | |
| | ) | |
| SICOR INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendants' trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or her representative.

Receipt of the exhibits is acknowledged by:

_____
For Karen Keller, Esq.

of Young, Conaway, Stargatt & Taylor

Date: 8/20/08

Returned by: _____, Deputy Clerk